FILED

1   JOHNSON & PHAM, LLP.
2   Christopher D. Johnson, SBN: 222698
        E-mail: cjohnson@johnsonpham.com
3   Christopher Q. Pham, SBN: 206697
        E-mail: cpham@johnsonpham.com
4   Marcus F. Chaney, SBN: 245227
        E-mail: mchaney@johnsonpham.com
5   Jason R. Vener, SBN: 267941
        E-mail: jvener@johnsonpham.com
6
7   6355 Topanga Canyon Boulevard, Suite 326
8   Woodland Hills, California 91367
    Telephone:   (818) 888-7540
9   Facsimile:   (818) 888-7544
10
    Attorneys for Plaintiff
11  BEACHBODY, LLC
12
13

2011 DEC -9  PM 4: 33

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
_____

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16  BEACHBODY, LLC, a California  | Case No. **CV11 10232** RGK (MRWx) |
| 17  Limited Liability Company, successor in | |
| 18  interest to PRODUCT PARTNERS, | |
| 19  LLC, | **COMPLAINT FOR DAMAGES:** |
| 20          Plaintiff, | (1) **FEDERAL TRADEMARK** |
| 21      vs. | **INFRINGEMENT [15 U.S.C. §** |
| 22 | **1114/Lanham Act §32(a)]** |
| 23  BARRERA ANDRE, an individual; | (2) **FEDERAL COPYRIGHT** |
|     RICHARD BAO, an individual; | **INFRINGEMENT [17 U.S.C.** |
| 24  BRANDON BROWN, an individual; | **§501(a)];** |
|     SAM CHOI, an individual a/k/a | (3) **FALSE DESIGNATION OF** |
| 25  SAMUEL LEE; ALVARD CARIBIAN, | **ORIGIN/UNFAIR** |
| 26  an individual; COMMERCIAL | **COMPETITION [15 U.S.C.** |
|     LABRAT, LLC, a California Limited | **§1125(a)/Lanham Act §43(a)];** |
| 27  Liability Company; COOLDEALS 365, | (4) **TRADEMARK DILUTION [15** |
|     INC., a California Corporation; DRAICA | **U.S.C. §1125(c)];** |
| 28 | (5) **UNFAIR BUSINESS** |
| | **PRACTICES [*CALIFORNIA*** |

-1-
COMPLAINT FOR DAMAGES

PARTNERS, LLC, a business entity of unknown character; TERRY FAN, an individual;  HOVIK GARIBYAN, an individual; KENJERQUIN HUNTSMAN, an individual; WILLIAM JOINER, JR., an individual d/b/a WM JOINER ENTERPRISES; SANJAYA KODITUWAKKU, an individual; SLAVA KORCHINSKY, an individual; JESIE LAMBERTS, an individual; NICK LIN, an individual;  GEORGE LUCA, an individual; THOMAS MANIAC, an individual d/b/a TOYS STREET ON-LINE; RICARDO MARTIN, an individual; JESSICA MOELLER, an individual; ORLANDO MORALES, an individual; DOUGLAS MUNENO, an individual; NATIONAL MARKETING, a business entity of unknown character; JON DEAN PISTO, an individual d/b/a K&J IMPORT; BRYAN QUAN, an individual; GARY RUDOLPH, an individual; SAM SANDERS, an individual d/b/a NEW EXTREME PC; OFER SECHARIA, an individual; NANETTE SHRADER, an individual; DAVID SONG, an individual; SUPERIOR INTERNATIONAL TRADING CORP., a California Corporation; GARO TCHAKMAKIAN, an individual; YEGHIA TCHAKMAKIAN, an individual; BRANDYN THOMPSON, an individual; HONG TRAN, an individual; EGOR ULIANOE, an individual; GABRIEL URIBE, an individual; THACH VU, an individual; SOVANN VUN, an individual; CHRISTOPHER WAKE, an individual d/b/a MOTO-GRIP; WD, INC., a business entity of unknown character; MIKE WELLS, an individual; SHARON

*BUSINESS & PROFESSIONS CODE* §17200];
**(6) UNFAIR COMPETITION (California Common Law); and**
**(7) UNJUST ENRICHMENT**

**DEMAND FOR JURY TRIAL**

1   YU, an individual d/b/a GOLD MEDAL
    ENTERPRISE; and Does 1-20,
2   Inclusive,

3
                    Defendants.
4

5

6           COMES NOW, Plaintiff BEACHBODY, LLC, successor in interest in all

7   capacities to PRODUCT PARTNERS, LLC, (hereinafter "Plaintiff"), to hereby file

8   its Complaint against BARRERA ANDRE, an individual; RICHARD BAO, an

9   individual; BRANDON BROWN, an individual; SAM CHOI, an individual a/k/a

10  SAMUEL LEE;   ALVARD CARIBIAN, an individual; COMMERCIAL

11  LABRAT, LLC, a California Limited Liability Company; COOLDEALS 365,

12  INC., a California Corporation; DRAICA PARTNERS, LLC, a business entity of

13  unknown character; TERRY FAN, an individual; HOVIK GARIBYAN, an

14  individual; KENJERQUIN HUNTSMAN, an individual; WILLIAM JOINER, JR.,

15  an individual d/b/a WM JOINER ENTERPRISES; SANJAYA KODITUWAKKU,

16  an individual;  SLAVA KORCHINSKY, an individual; JESIE LAMBERTS, an

17  individual; NICK LIN, an individual;  GEORGE LUCA, an individual; THOMAS

18  MANIAC, an individual d/b/a TOYS STREET ON-LINE; RICARDO MARTIN,

19  an individual; JESSICA MOELLER, an individual; ORLANDO MORALES, an

20  individual; DOUGLAS MUNENO, an individual; NATIONAL MARKETING, a

21  business entity of unknown character; JON DEAN PISTO, an individual d/b/a

22  K&J IMPORT; BRYAN QUAN, an individual; GARY RUDOLPH, an individual;

23  SAM SANDERS, an individual d/b/a NEW EXTREME PC; OFER SECHARIA,

24  an individual; NANETTE SHRADER, an individual; DAVID SONG, an

25  individual; SUPERIOR INTERNATIONAL TRADING CORP., a California

26  Corporation;   GARO   TCHAKMAKIAN,   an   individual;   YEGHIA

27  TCHAKMAKIAN, an individual; BRANDYN THOMPSON, an individual;

28  HONG TRAN, an individual; EGOR ULIANOE, an individual; GABRIEL URIBE,

1   an individual; THACH VU, an individual; SOVANN VUN, an individual;
2   CHRISTOPHER WAKE an individual d/b/a MOTO-GRIP; WD, INC., a business
3   entity of unknown character;  MIKE WELLS, an individual; SHARON YU, an
4   individual d/b/a GOLD MEDAL ENTERPRISE; and Does 1-20, Inclusive,
5   (collectively "Defendants").

6                              **PARTIES**

7       1.      Plaintiff is now, and was at the time of the filing of this Complaint
8   and at all intervening times, a California Limited Liability Company, duly
9   authorized and licensed to conduct business in California, with its principal place
10  of business in California. Plaintiff was formerly known as PRODUCT
11  PARTNERS, LLC, also a California Limited Liability Company, and is its sole
12  successor in interest for all purposes and in all capacities, including all interests in
13  the exclusive intellectual property rights complained of as infringed and violated
14  herein.

15      2.      Plaintiff is informed and believes that Defendant BARRERA ANDRE
16  is now, and was at the time of the filing of this Complaint and at all intervening
17  times, an individual residing at 716 N. Ventura Road, Suite #142, Oxnard,
18  California 93030.

19      3.      Plaintiff is informed and believes that Defendant RICHARD BAO is
20  now, and was at the time of the filing of this Complaint and at all intervening
21  times, an individual residing at 2054 Scenic Ridge Drive, Chino Hills, California
22  91709.

23      4.      Plaintiff is informed and believes that Defendant BRANDON
24  BROWN is now, and was at the time of the filing of this Complaint and at all
25  intervening times, an individual residing at 37351 Paintbrush Drive, Palmdale,
26  California 93551.

27      5.      Plaintiff is informed and believes that Defendant SAM CHOI, also
28  known as SAMUEL LEE, is now, and was at the time of the filing of this

1   Complaint and at all intervening times, an individual residing at 2035 Shannon
2   Court, #1, Diamond Bar, California 91765.

3        6.    Plaintiff is informed and believes that Defendant ALVARD
4   CARIBIAN is now, and was at the time of the filing of this Complaint and at all
5   intervening times, an individual residing at 1427 N. Poinsettia Place, #105, Los
6   Angeles, California 90046.

7        7.    Plaintiff is informed and believes that Defendant COMMERCIAL
8   LABRAT, LLC is now, and was at the time of the filing of this Complaint and at
9   all intervening times, a California Limited Liability Company with its principal
10  place of business at 201 W. Garvey Avenue, #102, 505, Monterey Park, California
11  91754.

12       8.    Plaintiff is informed and believes that Defendant COOLDEALS 365,
13  INC. is now, and was at the time of the filing of this Complaint and at all
14  intervening times, a California Corporation with its principal place of business at
15  9828 Garden Grove Blvd., #102, Garden Grove, California 92844.

16       9.    Plaintiff is informed and believes that Defendant DRAICA
17  PARTNERS, LLC is now, and was at the time of the filing of this Complaint and
18  at all intervening times, a business entity of unknown character with its principal
19  place of business at 7722 Hatton Place, Reseda, California 91335.

20       10.    Plaintiff is informed and believes that Defendant TERRY FAN is
21  now, and was at the time of the filing of this Complaint and at all intervening
22  times, an individual residing at 201 W. Garvey Avenue, #102, 505, Monterey Park,
23  California 91754.

24       11.    Plaintiff is informed and believes that Defendant HOVIK
25  GARIBYAN is now, and was at the time of the filing of this Complaint and at all
26  intervening times, an individual residing at 1427 N. Poinsettia Place, #105, Los
27  Angeles, California 90046.

28

1    12.    Plaintiff is informed and believes that Defendant KENJERQUIN
2  HUNTSMAN is now, and was at the time of the filing of this Complaint and at all
3  intervening times, an individual residing at 123 W. 124th Street, Los Angeles,
4  California 90061.

5    13.    Plaintiff is informed and believes that Defendant WILLIAM JOINER,
6  JR., doing business as WM JOINER ENTERPRISES, is now, and was at the time
7  of the filing of this Complaint and at all intervening times, an individual residing at
8  5050 Coliseum Street, Apt. 9, Los Angeles, California 90016.

9    14.    Plaintiff is informed and believes that Defendant SANJAYA
10  KODITUWAKKU is now, and was at the time of the filing of this Complaint and
11  at all intervening times, an individual residing at 802 W. 155th Street, Gardena,
12  California 90247.

13    15.    Plaintiff is informed and believes that Defendant SLAVA
14  KORCHINSKY is now, and was at the time of the filing of this Complaint and at
15  all intervening times, an individual residing at 1714 Ivar Ave., Apt. 1102, Los
16  Angeles, California 90028.

17    16.    Plaintiff is informed and believes that Defendant JESIE LAMBERTS
18  is now, and was at the time of the filing of this Complaint and at all intervening
19  times, an individual residing at 1700 E. Thompson, Suite F #851, Ventura,
20  California 93001.

21    17.    Plaintiff is informed and believes that Defendant NICK LIN is now,
22  and was at the time of the filing of this Complaint and at all intervening times, an
23  individual residing at 1043 N. Bradford Ave., Apt. D, Placentia, California 92870.

24    18.    Plaintiff is informed and believes that Defendant GEORGE LUCA is
25  now, and was at the time of the filing of this Complaint and at all intervening
26  times, an individual residing at 5438 Tower Road, Riverside, California 92506.

27    19.    Plaintiff is informed and believes that Defendant THOMAS MANIAC,
28  doing business as TOYS STREET ON-LINE, is now, and was at the time of the

1  filing of this Complaint and at all intervening times, an individual residing at 2800

2  N. Main Street, Suite 748, Santa Ana, California 92705.

3      20.   Plaintiff is informed and believes that Defendant RICARDO

4  MARTIN is now, and was at the time of the filing of this Complaint and at all

5  intervening times, an individual residing at 3380 La Sierra Avenue, Riverside,

6  California 92503.

7      21.   Plaintiff is informed and believes that Defendant JESSICA

8  MOELLER is now, and was at the time of the filing of this Complaint and at all

9  intervening times, an individual residing at 26 Baya, Rancho Santa Margarita,

10  California 92688.

11      22.   Plaintiff is informed and believes that Defendant ORLANDO

12  MORALES is now, and was at the time of the filing of this Complaint and at all

13  intervening times, an individual residing at 560 Sycamore Avenue, Rialto,

14  California 92376.

15      23.   Plaintiff is informed and believes that Defendant DOUGLAS

16  MUNENO is now, and was at the time of the filing of this Complaint and at all

17  intervening times, an individual residing at 19162 Redford Lane, Huntington

18  Beach, California 92648.

19      24.   Plaintiff is informed and believes that Defendant NATIONAL

20  MARKETING is now, and was at the time of the filing of this Complaint and at all

21  intervening times, a business entity of unknown character with its principle place

22  of business at 1347 Felicia Court, Oxnard, California 93030.

23      25.   Plaintiff is informed and believes that Defendant JON DEAN PISTO,

24  doing business as K&J IMPORT, is now, and was at the time of the filing of this

25  Complaint and at all intervening times, an individual residing at 14665 Titus

26  Street, Panorama City, CA 91402.

27      26.   Plaintiff is informed and believes that Defendant BRYAN QUAN is

28  now, and was at the time of the filing of this Complaint and at all intervening

1 | times, an individual residing at 34877 Miller Place, Beaumont, California 92223.

2 | 27.   Plaintiff is informed and believes that Defendant GARY RUDOLPH

3 | is now, and was at the time of the filing of this Complaint and at all intervening

4 | times, an individual residing at 11111 Strathern Street, Apt. 102, Sun Valley,

5 | California 91352.

6 | 28.   Plaintiff is informed and believes that Defendant SAM SANDERS,

7 | doing business as NEW EXTREME PC, is now, and was at the time of the filing of

8 | this Complaint and at all intervening times, an individual residing at 2162 Elm

9 | Avenue, Apt. 5, Long Beach, California 90806.

10 | 29.   Plaintiff is informed and believes that Defendant OFER SECHARIA

11 | is now, and was at the time of the filing of this Complaint and at all intervening

12 | times, an individual residing at 23913 Windward Lane, Valencia, California

13 | 91355.

14 | 30.   Plaintiff is informed and believes that Defendant NANETTE

15 | SHRADER is now, and was at the time of the filing of this Complaint and at all

16 | intervening times, an individual residing at 1134 11th Street, Apt. 301, Santa

17 | Monica, California 90403.

18 | 31.   Plaintiff is informed and believes that Defendant DAVID SONG, is

19 | now, and was at the time of the filing of this Complaint and at all intervening

20 | times, an individual residing at 2202 S. Figueroa Street, #532, Los Angeles,

21 | California 90007.

22 | 32.   Plaintiff is informed and believes that Defendant SUPERIOR

23 | INTERNATIONAL TRADING CORP. is now, and was at the time of the filing of

24 | this Complaint and at all intervening times, a California Corporation with its

25 | principal place of business at 15902-A Halliburton Road, #176, Hacienda Heights,

26 | California 91745.

27 | 33.   Plaintiff is informed and believes that Defendant GARO

28 | TCHAKMAKIAN is now, and was at the time of the filing of this Complaint and

1   at all intervening times, an individual residing at 504 E. Acacia Avenue, Apt. 3,
2   Glendale, California 91205.

3       34.    Plaintiff is informed and believes that Defendant YEGHIA
4   TCHAKMAKIAN is now, and was at the time of the filing of this Complaint and
5   at all intervening times, an individual residing at 504 E. Acacia Avenue, Apt. 4,
6   Glendale, California 91205.

7       35.    Plaintiff is informed and believes that Defendant BRANDYN
8   THOMPSON is now, and was at the time of the filing of this Complaint and at all
9   intervening times, an individual residing at 12528 Vanowen Street, Apt. 4, North
10  Hollywood, California 91605.

11      36.    Plaintiff is informed and believes that Defendant HONG TRAN is
12  now, and was at the time of the filing of this Complaint and at all intervening
13  times, an individual residing at 14726 Goldenwest Street, Suite E, Westminster,
14  California 92683.

15      37.    Plaintiff is informed and believes that Defendant EGOR ULIANOE is
16  now, and was at the time of the filing of this Complaint and at all intervening
17  times, an individual residing at 15054 Magnolia Blvd., #107, Sherman Oaks, CA
18  91403.

19      38.    Plaintiff is informed and believes that Defendant GABRIEL URIBE is
20  now, and was at the time of the filing of this Complaint and at all intervening
21  times, an individual residing at 6142 Marcia Court, Riverside, California 92509.

22      39.    Plaintiff is informed and believes that Defendant THACH VU is now,
23  and was at the time of the filing of this Complaint and at all intervening times, an
24  individual residing at 9353 Bolsa Avenue, L49, Westminster, California 92683.

25      40.    Plaintiff is informed and believes that Defendant SOVANN VUN is
26  now, and was at the time of the filing of this Complaint and at all intervening
27  times, an individual residing at 1988 Dawson Avenue, Signal Hill, California
28  90755.

1    41.    Plaintiff is informed and believes that Defendant CHRISTOPHER
2  WAKE, doing business as MOTO-GRIP, is now, and was at the time of the filing
3  of this Complaint and at all intervening times, an individual residing at 153
4  Kenneth Street, Camarillo, California 93010.

5    42.    Plaintiff is informed and believes that Defendant WD, INC., is now,
6  and was at the time of the filing of this Complaint and at all intervening times, a
7  business entity of unknown character with its principal place of business at 7722
8  Hatton Place, Reseda, California 91335.

9    43.    Plaintiff is informed and believes that Defendant MIKE WELLS is
10  now, and was at the time of the filing of this Complaint and at all intervening
11  times, an individual residing at 7722 Hatton Place, Reseda, California 91335.

12    44.    Plaintiff is informed and believes that Defendant SHARON YU,
13  doing business as GOLD MEDAL ENTERPRISE, is now, and was at the time of
14  the filing of this Complaint and at all intervening times, an individual residing at
15  18303 Kara Place, Rowland Heights, California 91748.

16    45.    The true names and capacities, whether individual, corporate,
17  associate or otherwise, of Defendants herein named as Does 1-20, inclusive, are
18  unknown to Plaintiff.  Plaintiff therefore sues said Defendants by such fictitious
19  names.    When the true names and capacities of said Defendants have been
20  ascertained, Plaintiff will amend this pleading accordingly.

21    46.    Plaintiff further alleges that Does 1-20, inclusive, sued herein by
22  fictitious names are jointly, severally and concurrently liable and responsible with
23  the named Defendants upon the causes of action hereinafter set forth.

24                    **JURISDICTIONAL ALLEGATIONS**

25    47.    This Court has Federal subject matter jurisdiction over this matter
26  pursuant to 28 U.S.C. §§1331 and 1338(a) and (b), in that the case arises out of
27  claims for trademark infringement, false designation of origin, unfair competition
28  and dilution under the Lanham Act (15 *U.S.C.* §1051 *et seq.*), and copyright

1    infringement under 17 U.S.C. §501(a); and this Court has supplemental jurisdiction
2    pursuant to 28 U.S.C. §§1367(a) and 1338 (a)(b).

3        48.    Venue is proper, *inter alia*, pursuant to 28 U.S.C. §1391(b) because
4    on information and belief, a substantial part of the events or omissions giving rise
5    to the claim occurred in this judicial district, and has caused damages to Plaintiff in
6    this district and all Defendants reside within this judicial Venue.

7        49.    Personal jurisdiction exists over Defendants because on information
8    and belief, Defendants reside within California and this judicial district, conduct
9    business in California and in this judicial district, have purposefully directed action
10   to California and this district, or have otherwise availed themselves of the
11   privileges and protections of the laws of the State of California, such that this
12   Court's assertion of jurisdiction over Defendants does not offend traditional
13   notions of fair play and due process.

14                          **GENERAL ALLEGATIONS**

15                **Plaintiff and its Well-Known Fitness Products**

16       50.    Plaintiff is a health, wellness and fitness company involved in, among
17   other things, the development, production, sale, and distribution of in-home fitness,
18   weight loss, and health products. One of the main components of Plaintiff's
19   business encompasses the production, sale and distribution of various fitness
20   DVDs and kits sold under the famous and highly regarded BEACHBODY® family
21   of trademarks.

22       51.    While Plaintiff has gained significant common law trademark and
23   other rights in its BEACHBODY® family of products and services and the marks
24   used in connection with those products and services through its use, advertising
25   and promotion, Plaintiff has also protected its valuable rights by filing for and
26   obtaining federal trademark and copyright registrations for each of its products.
27   Plaintiff protects the entirety of each product, along with the works of authorship
28   embodied or included therein by vigorously enforcing and policing the rights

1   Plaintiff holds in its products and services, including all common law and similar
2   rights and all rights pursuant to the following Federally Registered Trademarks and
3   Copyrights (hereinafter referred to as the "BEACHBODY®-Intellectual
4   Property"):

5          A.     In association with its P90X® Extreme Home Fitness DVDs
6   and kits, Plaintiff holds Trademarks with USPTO Registration Numbers 2843063;
7   2973356; 3444723; and 3669400 and owns a United States Copyright with the
8   Registration Number PA0001324687. True and Correct Copies of Plaintiff's
9   P90X® USPTO Trademark Registration Certificates and United States Copyright
10  Certificate are attached hereto as Exhibits 1 - 4, and Exhibit 5, respectively.

11         B.     In association with its INSANITY® in home fitness DVDs and
12  kits, Plaintiff holds a Trademark with the USPTO Registration Number 3696777,
13  and owns a United States Copyright with the Registration Numbers
14  PA0001689744. True and Correct Copies of Plaintiff's INSANITY® related
15  USPTO Trademark Registration Certificate and United States Copyright
16  Certificate are attached hereto as Exhibit 6, and Exhibit 7, respectively.

17         C.     In association with its BRAZIL BUTT LIFT® in home fitness
18  DVDs and kits, Plaintiff holds Trademarks with the USPTO Registration Numbers
19  3768957 and 3656546, a Trademark pending registration with the USPTO with the
20  Serial Number 85325126, and owns a United States Copyright with the
21  Registration Number PA0001746438. True and Correct Copies of Plaintiff's
22  BRAZIL BUTT LIFT® related Trademark Registrations, Pending Registration,
23  and United States Copyright Certificate are attached hereto as Exhibits 8 - 9,
24  Exhibit 10 and Exhibit 11, respectively.

25         D.     In association with its SLIM IN 6® in home fitness DVDs and
26  kits, Plaintiff holds a Trademark with USPTO Registration Number 2657181, a
27  Trademark pending registration with the USPTO with the Serial Number
28  85325183, and owns a United States Copyright with the Registration Number

1   PA0001315600. True and Correct Copies of Plaintiff's SLIM IN 6® related
2   Trademark Registrations, Pending Registration, and United States Copyright
3   Certificate are attached hereto as Exhibit 12, Exhibit 13, and Exhibit 14,
4   respectively.

5       E.  In association with its REVABS® in home fitness DVDs and
6   kits, Plaintiff holds a Trademark with the USPTO Registration Number 3755540,
7   and owns a United States Copyright with the Registration Number PA0001718113.
8   True and Correct Copies of Plaintiff's REVABS® related USPTO Trademark
9   Registration Certificate and United States Copyright Certificate are attached hereto
10   as Exhibit 15, and Exhibit 16, respectively.

11       F.  In association with its 10 MINUTE TRAINER® in home
12   fitness DVDs and kits, Plaintiff holds Trademarks with USPTO Registration
13   Numbers 3420854 and 3753471, and owns a United States Copyright with the
14   Registration Number PA0001600800. True and Correct Copies of Plaintiff's 10
15   MINUTE TRAINER® related USPTO Trademark Registration Certificates and
16   United States Copyright Certificate are attached hereto as Exhibits 17 - 18, and
17   Exhibit 19, respectively.

18       G.  In association with its INSANITY THE ASYLUM® in home
19   fitness DVDs and kits, Plaintiff holds Trademarks with USPTO Registration
20   Number 4007194, and owns a Copyright presently pending registration with the
21   United States Copyright Office. A True and Correct Copy of Plaintiff's
22   INSANITY THE ASYLUM® related USPTO Trademark Registration Certificate
23   is attached hereto as Exhibit 20.

24       H.  Additionally, Plaintiff affixes to each of its individual types of
25   products, its BEACHBODY® marks. These marks are also registered with the
26   USPTO, having the Registration Numbers 2862904, 3450708, 2873866 and
27   2665151. True and Correct Copies of Plaintiff's BEACHBODY® related USPTO
28   Trademark Registration Certificates are attached hereto as Exhibits 21 - 24.

1         I.     As used herein, Plaintiff's trademarks, as set forth above, are

2 referred to as "Plaintiff's Marks"; and Plaintiff's copyrights, as set forth above, are

3 referred to as "Plaintiff's Copyrights."

4        52.    The success of Plaintiff and Plaintiff's products and services,

5 including the BEACHBODY® Intellectual Property used in connection with or

6 embodied in such products and services, is due in part to Plaintiff's marketing and

7 promotional efforts. These efforts include advertising and promotion through

8 Plaintiff's websites, print and other internet-based advertising, in-person and

9 televised promotional appearances by its trainers, and its infomercials, among

10 other efforts. Plaintiff has spent substantial time, money and effort in building up

11 and developing consumer recognition, awareness and goodwill in its

12 BEACHBODY® Intellectual Property. For example, Plaintiff has spent close to

13 one hundred million dollars ($100,000,000.00) to air its television infomercials in

14 2009 alone. On each product, in each infomercial, and in each piece of marketing

15 material for each of Plaintiff's products, the BEACHBODY® family of marks,

16 and one or more of Plaintiff's Marks are prominently displayed.

17        53.    The success of the BEACHBODY® DVDs, kits and other products

18 and services is not due to the Plaintiff's promotional efforts alone. The popularity

19 of all BEACHBODY® Intellectual Property is also due to its consumers, and the

20 word of mouth buzz consumers have generated. Success stories of countless

21 individuals who have utilized BEACHBODY®-branded products and services to

22 help achieve their respective fitness goals are far too numerous to recount, but

23 include stories from all types of people ranging from your average men and women

24 in almost all age groups, to well-trained professional athletes and celebrities

25 looking to stay fit and in shape. In fact, a wide array of newspapers, magazines

26 and television networks has featured stories in which prominent celebrities and

27 professional athletes have enthusiastically described their experience and success

28 with BEACHBODY® products and services.

54.     As a result of Plaintiff's efforts, the quality of Plaintiff's products, and the promotion and word of mouth buzz, the BEACHBODY® Intellectual Property and the BEACHBODY® products and services have been prominently placed in the minds of the public. Consumers, purchasers and the members of the public have become familiar with the Plaintiff's fitness DVDs and other products and services, and have come to recognize Plaintiff's Marks and the BEACHBODY® marks, products and services and associate them exclusively with Plaintiff. Indeed, Plaintiff has acquired a valuable reputation and goodwill among the public as a result of such association.  Accordingly, the BEACHBODY® family of marks and Plaintiff's Marks are famous in the United States.

55.     Plaintiff has never authorized or consented to Defendants' use of any of its BEACHBODY® Intellectual Property, including Plaintiff's Marks and Plaintiff's Copyrights or any mark confusingly similar thereto or works substantially similar thereto. Nor has Plaintiff authorized Defendants to manufacture, copy, sell, or distribute any product within the BEACHBODY® family of products.

### Defendants' Wrongful and Infringing Conduct

56.     Particularly in light of the success of Plaintiff and Plaintiff's products as well as the reputation they have gained, Plaintiff and its products have become targets for unscrupulous individuals and entities who wish to take a free ride on both the goodwill, reputation and fame Plaintiff has spent considerable effort to build up in its products and marks, and the works embodied in Plaintiff's fitness products.

57.     A large number of these individuals and entities deal in pirated and counterfeit DVDs and other products and services branded with the BEACHBODY® mark and/or Plaintiff's Marks.  Their actions vary and include manufacturing, copying, exporting, importing, advertising, promoting, selling, and distributing counterfeit and otherwise unauthorized products.

58.    Plaintiff investigates and enforces against such activity, and through such efforts learned of each Defendant's existence, and each Defendant's actions, advertising, sales and infringing conduct under the following circumstances:

a. On September 25, 2009, Plaintiff purchased a counterfeit 10 MINUTE TRAINER from Defendant THACH VU, for a cost of $25.00 charged to the PayPal electronic payment account of Plaintiff's investigator. A true and correct copy of the website purchase receipt is attached hereto as Exhibit 25.

b. On October 02, 2009, Plaintiff purchased a counterfeit SLIM IN 6 from Defendant SOVANN VUN, for a cost of $42.50 charged to the PayPal electronic payment account of Plaintiff's investigator. A true and correct copy of the website purchase receipt is attached hereto as Exhibit 26.

c. On October 15, 2009, Plaintiff purchased a counterfeit P90X Extreme Home Fitness Kit from Defendant GEORGE LUCA, for a cost of $89.86 charged to the PayPal electronic payment account of Plaintiff's investigator. A true and correct copy of the website purchase receipt is attached hereto as Exhibit 27.

d. On January 20, 2010, Plaintiff purchased a counterfeit P90X Extreme Home Fitness Kit from Defendant RICARDO MARTIN, for a cost of $93.00 charged to the PayPal electronic payment account of Plaintiff's investigator. A true and correct copy of the website purchase receipt is attached hereto as Exhibit 28.

e. On February 07, 2010, Plaintiff purchased a counterfeit P90X Extreme Home Fitness Kit from Defendant DOUGLAS MUNENO, for a cost of $112.50 charged to the PayPal electronic payment account of Plaintiff's investigator. A true and correct copy of the website purchase receipt is attached hereto as Exhibit 29.

f. On February 14, 2010, Plaintiff purchased a counterfeit P90X Extreme Home Fitness Kit from Defendant SAM SANDERS, doing business as NEW EXTREME PC, for a cost of $97.00 charged to the PayPal electronic

1  payment account of Plaintiff's investigator.  A true and correct copy of the website
2  purchase receipt is attached hereto as Exhibit 30.

3       g. On March 09, 2010, Plaintiff purchased a counterfeit P90X Extreme
4  Home Fitness Kit from Defendant GARY RUDOLPH, for a cost of $95.98
5  charged to the PayPal electronic payment account of Plaintiff's investigator.  A
6  true and correct copy of the website purchase receipt is attached hereto as Exhibit
7  31.

8       h. On March 17, 2010, Plaintiff purchased a counterfeit P90X Extreme
9  Home Fitness Kit from Defendant HONG TRAN, for a cost of $127.50 charged to
10 the PayPal electronic payment account of Plaintiff's investigator.  A true and
11 correct copy of the website purchase receipt is attached hereto as Exhibit 32.

12      i. On March 31, 2010, Plaintiff purchased a counterfeit INSANITY
13 Home Fitness Kit from Defendant DAVID SONG, for a cost of $69.99 charged to
14 the PayPal electronic payment account of Plaintiff's investigator.  A true and
15 correct copy of the website purchase receipt is attached hereto as Exhibit 33.

16      j. On April 06, 2010, Plaintiff purchased a counterfeit P90X Extreme
17 Home Fitness Kit from Defendant SUPERIOR INTERNATIONAL TRADING
18 CORP., for a cost of $93.41 charged to the PayPal electronic payment account of
19 Plaintiff's investigator. A true and correct copy of the website purchase receipt is
20 attached hereto as Exhibit 34.

21      k. On April 30, 2010, Plaintiff purchased a counterfeit INSANITY
22 Home Fitness Kit from Defendant JESSICA MOELLER, for a cost of $95.99
23 charged to the PayPal electronic payment account of Plaintiff's investigator.  A
24 true and correct copy of the website purchase receipt is attached hereto as Exhibit
25 35.

26      l. On July 07, 2010, Plaintiff purchased a counterfeit BRAZIL BUTT
27 LIFT from Defendants COMMERCIAL LABRAT, LLC and TERRY FAN, for a
28 cost of $65.50 charged to the PayPal electronic payment account of Plaintiff's

1  investigator. A true and correct copy of the website purchase receipt is attached
2  hereto as Exhibit 36.

3         m. On July 13, 2010, Plaintiff purchased a counterfeit P90X Extreme
4  Home Fitness Kit from Defendant SAM CHOI, also known as SAMUEL LEE, for
5  a cost of $69.95 charged to the PayPal electronic payment account of Plaintiff's
6  investigator. A true and correct copy of the website purchase receipt is attached
7  hereto as Exhibit 37.

8         n. Also on July 13, 2010, Plaintiff purchased a counterfeit P90X
9  Extreme Home Fitness Kit from Defendant BRANDYN THOMPSON, for a cost
10 of $79.95 charged to the PayPal electronic payment account of Plaintiff's
11 investigator. A true and correct copy of the website purchase receipt is attached
12 hereto as Exhibit 38.

13        o. On July 20, 2010, Plaintiff purchased a counterfeit P90X Extreme
14 Home Fitness Kit from Defendant WILLIAM JOINER, JR., doing business as
15 WM JOINER ENTERPRISES, for a cost of $76.77 charged to the PayPal
16 electronic payment account of Plaintiff's investigator. A true and correct copy of
17 the website purchase receipt is attached hereto as Exhibit 39.

18        p. On August 04, 2010, Plaintiff purchased a counterfeit INSANITY
19 Home Fitness Kit from Defendant ORLANDO MORALES, for a cost of $85.00
20 charged to the PayPal electronic payment account of Plaintiff's investigator. A
21 true and correct copy of the website purchase receipt is attached hereto as Exhibit
22 40.

23        q. On August 09, 2010, Plaintiff purchased a counterfeit INSANITY
24 Home Fitness Kit from Defendant RICHARD BAO, for a cost of $81.00 charged
25 to the PayPal electronic payment account of Plaintiff's investigator. A true and
26 correct copy of the website purchase receipt is attached hereto as Exhibit 41.

27        r. On August 25, 2010, Plaintiff purchased a counterfeit P90X Extreme
28 Home Fitness Kit from Defendant NICK LIN, for a cost of $83.98 charged to the

1  PayPal electronic payment account of Plaintiff's investigator. A true and correct
2  copy of the website purchase receipt is attached hereto as Exhibit 42.

3     s. On September 09, 2010, Plaintiff purchased a counterfeit BRAZIL
4  BUTT LIFT from Defendants, JON DEAN PISTO, doing business as K&J
5  IMPORT, and WD, INC., for a cost of $42.00 charged to the PayPal electronic
6  payment account of Plaintiff's investigator. A true and correct copy of the website
7  purchase receipt is attached hereto as Exhibit 43.

8     t. On September 16, 2010, Plaintiff purchased a counterfeit P90X
9  Extreme Home Fitness Kit from Defendant OFER SECHARIA, for a cost of
10 $105.00 charged to the PayPal electronic payment account of Plaintiff's
11 investigator. A true and correct copy of the website purchase receipt is attached
12 hereto as Exhibit 44.

13    u. On September 24, 2010, Plaintiff purchased a counterfeit P90X
14 Extreme Home Fitness Kit from Defendant CHRISTOPHER WAKE, doing
15 business as MOTO-GRIP, for a cost of $109.92 charged to the PayPal electronic
16 payment account of Plaintiff's investigator. A true and correct copy of the website
17 purchase receipt is attached hereto as Exhibit 45.

18    v. Also on September 24, 2010, Plaintiff purchased a counterfeit P90X
19 Extreme Home Fitness Kit from Defendant KENJERQUIN HUNTSMAN, for a
20 cost of $88.98 charged to the PayPal electronic payment account of Plaintiff's
21 investigator. A true and correct copy of the website purchase receipt is attached
22 hereto as Exhibit 46.

23    w. On October 02, 2010, Plaintiff purchased a counterfeit BRAZIL
24 BUTT LIFT from Defendant THOMAS MANIAC, doing business as TOYS
25 STREET ON-LINE, for a cost of $41.23 charged to the PayPal electronic payment
26 account of Plaintiff's investigator. A true and correct copy of the website purchase
27 receipt is attached hereto as Exhibit 47.

28

1      x. On October 06, 2010 and October 9, 2010, Plaintiff purchased

2  counterfeit P90X Extreme Home Fitness Kits from Defendant COOLDEALS 365,

3  INC., for a cost of $49.95 and $65.00, respectively, charged to the PayPal

4  electronic payment account of Plaintiff's investigator. True and correct copies of

5  each website purchase receipt are attached hereto as Exhibit 48.

6      y. On October 14, 2010, Plaintiff purchased a counterfeit BRAZIL

7  BUTT LIFT from Defendants DRAICA PARTNERS LLC, MIKE WELLS and

8  WD, INC., for a cost of $33.00 charged to the PayPal electronic payment account

9  of Plaintiff's investigator. A true and correct copy of the website purchase receipt

10  is attached hereto as Exhibit 49.

11      z. Also on October 14, 2010, Plaintiff purchased a counterfeit BRAZIL

12  BUTT LIFT from Defendant EGOR ULIANOE, for a cost of $45.00 charged to

13  the PayPal electronic payment account of Plaintiff's investigator. A true and

14  correct copy of the website purchase receipt is attached hereto as Exhibit 50.

15      aa. On October 24, 2010, Plaintiff purchased a counterfeit BRAZIL

16  BUTT LIFT from Defendants ALVARD CARIBIAN and HOVIK GARIBYAN,

17  for a cost of $49.00 charged to the PayPal electronic payment account of Plaintiff's

18  investigator. A true and correct copy of the website purchase receipt is attached

19  hereto as Exhibit 51.

20      bb. On October 27, 2010, Plaintiff purchased a counterfeit P90X Extreme

21  Home Fitness Kit from Defendants GARO TCHAKMAKIAN and YEGHIA

22  TCHAKMAKIAN, for a cost of $74.00 charged to the PayPal electronic payment

23  account of Plaintiff's investigator. A true and correct copy of the website purchase

24  receipt is attached hereto as Exhibit 52.

25      cc. On November 10, 2010, Plaintiff purchased a counterfeit REV ABS

26  from Defendant NANETTE SHRADER, for a cost of $57.00 charged to the PayPal

27  electronic payment account of Plaintiff's investigator. A true and correct copy of

28  the website purchase receipt is attached hereto as Exhibit 53.

1    dd. On November 16, 2010, Plaintiff purchased a counterfeit BRAZIL

2    BUTT LIFT from Defendant GABRIEL URIBE, for a cost of $46.74 charged to

3    the PayPal electronic payment account of Plaintiff's investigator.  A true and

4    correct copy of the website purchase receipt is attached hereto as Exhibit 54.

5    ee. On November 17, 2010, Plaintiff purchased a counterfeit INSANITY

6    Home Fitness Kit from Defendant NATIONAL MARKETING, for a cost of

7    $89.99 charged to the PayPal electronic payment account of Plaintiff's investigator.

8    A true and correct copy of the website purchase receipt is attached hereto as

9    Exhibit 55.

10    ff. On November 18, 2010, Plaintiff purchased a counterfeit INSANITY

11    Home Fitness Kit from Defendant BRANDON BROWN, for a cost of $68.99

12    charged to the PayPal electronic payment account of Plaintiff's investigator.  A

13    true and correct copy of the website purchase receipt is attached hereto as Exhibit

14    56.

15    gg. On November 29 2010, Plaintiff purchased a counterfeit P90X

16    Extreme Home Fitness Kit from Defendant JESIE LAMBERTS, for a cost of

17    $117.50 charged to the PayPal electronic payment account of Plaintiff's

18    investigator.  A true and correct copy of the website purchase receipt is attached

19    hereto as Exhibit 57.

20    hh. On April 04, 2011, Plaintiff purchased a counterfeit P90X Extreme

21    Home Fitness Kit from Defendant BARRERA ANDRE, for a cost of $114.99

22    charged to the PayPal electronic payment account of Plaintiff's investigator.  A

23    true and correct copy of the website purchase receipt is attached hereto as Exhibit

24    58.

25    ii. On May 03, 2011, Plaintiff purchased a counterfeit INSANITY Home

26    Fitness Kit from Defendant BRYAN QUAN, for a cost of $98.00 charged to the

27    PayPal electronic payment account of Plaintiff's investigator.  A true and correct

28    copy of the website purchase receipt is attached hereto as Exhibit 59.

jj. On May 10, 2011, Plaintiff purchased a counterfeit INSANITY Home Fitness Kit from Defendant SLAVA KORCHINSKY, for a cost of $92.98 charged to the PayPal electronic payment account of Plaintiff's investigator. A true and correct copy of the website purchase receipt is attached hereto as Exhibit 60.

kk. On July 27, 2011, Plaintiff purchased a counterfeit P90X Extreme Home Fitness Kit from Defendant SANJAYA KODITUWAKKU, for a cost of $115.00 charged to the PayPal electronic payment account of Plaintiff's investigator. A true and correct copy of the website purchase receipt is attached hereto as Exhibit 61.

ll. On September 20, 2011, Plaintiff purchased a counterfeit P90X Extreme Home Fitness Kit from Defendant SHARON YU, doing business as GOLD MEDAL ENTERPRISE, for a cost of $74.98 charged to the PayPal electronic payment account of Plaintiff's investigator. A true and correct copy of the website purchase receipt is attached hereto as Exhibit 62.

mm. On October 28, 2011, Plaintiff purchased a counterfeit INSANITY THE ASYLUM Home Fitness Kit from Defendant KENJERQUIN HUNTSMAN, for a cost of $45.96 charged to the PayPal electronic payment account of Plaintiff's investigator. A true and correct copy of the website purchase receipt is attached hereto as Exhibit 63.

59.   The products purchased from each Defendant were inspected to determine authenticity. The inspection of each purchased item confirmed that the items each Defendant sold to the investigator were in fact counterfeit and unauthorized BEACHBODY® products.

60.   By these sales and, on information and belief, Defendants' other dealings in counterfeit product (including importing, advertising, displaying, distributing, selling and/or offering to sell counterfeit and unauthorized product) Defendants have violated Plaintiff's exclusive rights in one or more of Plaintiff's Copyrights, and used images and marks that are confusingly similar to, identical to,

1  and/or constitute counterfeit reproductions of one or more of Plaintiff's Marks to
2  confuse consumers and aid in the promotion and sales of its unauthorized product.
3  Defendants' conduct and use began long after Plaintiff's adoption and use of
4  Plaintiff's Marks, after Plaintiff obtained the copyright and trademark registrations
5  alleged above, and after Plaintiff's Marks became famous. Indeed, Defendants had
6  knowledge of Plaintiff's ownership of Plaintiff's Marks, and of the fame in such
7  marks, prior to the actions alleged herein, and adopted them in bad faith and with
8  an intent to cause confusion and dilute Plaintiff's Marks. Neither Plaintiff nor any
9  authorized agents have consented to Defendants' use of Plaintiff's Marks or
10  Plaintiff's Copyrights.

11      61.    Defendants' actions were committed in bad faith and with the intent to
12  dilute Plaintiff's Marks, and to cause confusion and mistake, and to deceive the
13  consuming public and the public at large as to the source, sponsorship and/or
14  affiliation of Defendants, and/or Defendants' counterfeit and unauthorized goods.
15  By its wrongful conduct, Defendants have traded upon and diminished Plaintiff's
16  goodwill.

17      62.    In committing these acts, Defendants have, among other things,
18  willfully and in bad faith committed the following, all of which has and will
19  continue to cause irreparable harm to Plaintiff: (i) infringed and diluted Plaintiff's
20  rights in Plaintiff's Marks; (ii) infringed Plaintiff's Copyrights; (iii) applied
21  counterfeit marks; (iv) misled the public into believing there is an association or
22  connection between Defendants and Plaintiff and/or the products advertised and
23  sold by Defendants and Plaintiff; (v) used false designations of origin on or in
24  connection with its goods and services; (vi) committed unfair competition; (vii)
25  and unfairly profited from such activity. Unless enjoined, Defendants will
26  continue to cause irreparable harm to Plaintiff.

27  ///

28  ///

**FIRST CAUSE OF ACTION**

**(Infringement of Registered Trademarks Against Defendants, and Does 1-20, Inclusive)**

**[15 U.S.C. §1114/Lanham Act §32(a)]**

63.     Plaintiff repeats and re-alleges every allegation set forth in each of the preceding Paragraphs.

64.     Plaintiff has continuously used its BEACHBODY® mark in interstate commerce since at least as early as 1999, and has continuously used each of Plaintiff's Marks in interstate commerce as set forth in Exhibits attached hereto.

65.     Plaintiff, as the owner of all right, title and interest in and to Plaintiff's Marks, has standing to maintain an action for trademark infringement under the Trademark Statute 15 U.S.C. §1114.

66.     Defendants are and at the time of their actions complained of herein were actually aware that Plaintiff is the registered trademark holder of each of Plaintiff's Marks. (*See* Exhibits 1 - 4, 6, 8 - 10, 12 - 13, 15, 17 - 18, and 20 - 24)..

67.     Defendants did not and failed to obtain the consent or authorization of Plaintiff as the registered owner of the marks to deal in and commercially distribute, market and sell fitness DVDs and kits bearing one or more of Plaintiff's Marks into the stream of commerce.

68.     Defendants intentionally and knowingly used in commerce the reproductions, counterfeits, copies, and/ or colorable imitations of one or more of Plaintiff's Marks in connection with the sale, offering for sale, distribution, or advertising of Defendant's goods by offering, advertising, promoting, retailing, selling, and distributing counterfeit fitness DVDs and kits bearing one or more of Plaintiff's Marks.

69.     Defendants reproduced, counterfeited, copied, and colorably imitated one or more of Plaintiff's Marks and applied such reproductions, counterfeits, copies, or colorable imitations to labels, signs, prints, packages, wrappers,

1  receptacles and/or advertisements intended to be used in commerce upon or in
2  connection with the sale, offering for sale, distribution, and/or advertising of
3  goods. Defendants thereupon offered, advertised, promoted, retailed, sold, and
4  distributed counterfeit fitness DVDs and kits bearing the one or more of Plaintiff's
5  Marks.

6    70.    Defendants' egregious and intentional use and sale of fake, pirated
7  and counterfeit items bearing one or more of Plaintiff's Marks is likely to cause
8  confusion, or to cause mistake, or to deceive, mislead, betray, and defraud
9  consumers who believe that Defendants' items are authentic products
10 manufactured by Plaintiff.

11   71.    Defendants' acts have been committed with knowledge of Plaintiff's
12 exclusive rights and goodwill in Plaintiff's Marks, as well as with bad faith and the
13 intent to cause confusion or to cause mistake and to deceive.

14   72.    Plaintiff has suffered and will continue to suffer substantial and
15 irreparable injury, loss and damage to its rights in and to Plaintiff's marks and the
16 goodwill associated therewith, for which it has no adequate remedy at law; thus
17 Plaintiff requests injunctive relief.

18   73.    Defendants' continued and knowing use of one or more of Plaintiff's
19 Marks without Plaintiff's consent or authorization constitutes intentional
20 infringement of Plaintiff's federally registered trademarks in violation of Section
21 32 of the *Lanham Act*, 15 *U.S.C.* §1114. Based on such conduct, Plaintiff is
22 entitled to injunctive relief as well as monetary damages, and other remedies
23 provided by section 1116, 1117, and 1118, including Defendants' profits, treble
24 damages, reasonable attorneys' fees, costs and prejudgment interest.

25 / / /
26 / / /
27 / / /
28

## SECOND CAUSE OF ACTION

### (Federal Copyright Infringement Against Defendants, and Does 1-20, Inclusive)

### [17 U.S.C. §501(a)]

74.     Plaintiff repeats and re-alleges every allegation set forth in the each of the preceding Paragraphs.

75.     Plaintiff is the exclusive owner of copyrights in and related to its BEACHBODY®-branded fitness DVDs and kits and possesses copyright registrations with the United States Copyright Office. (*See* Exhibits 5, 7, 11, 14, 16, and 19).

76.     Defendants did not seek and failed to obtain Plaintiff's consent or authorization to utilize, manufacture, reproduce, copy, display, prepare derivative works, distribute, sell, transfer, rent, perform, and/or market Plaintiff's copyright-protected materials.

77.     Without permission, Defendants intentionally and knowingly reproduced, counterfeited, copied, displayed, and/or manufactured Plaintiff's protected works by offering, advertising, promoting, retailing, selling, distributing counterfeit BEACHBODY® fitness DVDs and kits which are at a minimum substantially similar to Plaintiff's copyright protected works.

78.     Defendants' acts as alleged herein, constitute infringement of one or more of Plaintiff's Copyrights, including Plaintiff's exclusive rights to reproduce, distribute and/or sell such protected material.

79.     Defendants' knowing and intentional copyright infringement as alleged herein has caused and will continue to cause substantial and irreparable harm to Plaintiff and has and will continue to cause damage to Plaintiff. Plaintiff is therefore entitled to injunctive relief, damages, Defendants' profits, increased damages, and reasonable attorney's fees and costs.

### THIRD CAUSE OF ACTION

**(False Designation of Origin & Unfair Competition Against Defendants, and Does 1-20, Inclusive)**

**[15 U.S.C. §1125(a)/Lanham Act §43(a)]**

80.   Plaintiff repeats and re-alleges every allegation set forth in each of the preceding Paragraphs.

81.   Plaintiff, as the owner of all common law right, title, and interest in and to Plaintiff's Marks, has standing to maintain an action for false designation of origin and unfair competition under the Federal Trademark Statute, Lanham Act section 43(a) (15 U.S.C. §1125). Plaintiff's Marks are inherently distinctive and/or have acquired distinctiveness.

82.   Defendants have without authorization, on or in connection with its goods and services, used in commerce marks that are confusingly similar to one or more of the Plaintiff's Marks, and/or have made false designations of origin which are likely to cause confusion or cause mistake or to deceive as to the affiliation, connection or association of Defendants with Plaintiff, and/or as to the origin, sponsorship or approval of Defendants' goods or services or commercial activities.

83.   Defendants' conduct described above violates the Lanham Act, and Defendants have unfairly competed with and injured and, unless immediately restrained, will continue to injure Plaintiff, causing damage to Plaintiff in an amount to be determined at trial, and will cause irreparable injury to Plaintiff's goodwill and reputation associated with the value of Plaintiff's Marks.

84.   On information and belief, the conduct of Defendants has been knowing, deliberate, willful, intended to cause confusion, or to cause mistake or to deceive and in blatant disregard of Plaintiff's rights.

85.   Defendants knew or by the exercise of reasonable care should have known that their adoption and commencement of use in commerce and continuing use of marks that are confusingly similar to and constitute a counterfeit

1 | reproduction of one or more of Plaintiff's Marks would cause confusion, mistake,
2 | or deception among purchasers, users and the public.

3 |     86.    Defendants' egregious and intentional use and sale of fake, pirated
4 | and counterfeit items bearing one or more of Plaintiff's Marks unfairly competes
5 | with Plaintiff and is likely to cause confusion, mistake, or to deceive, mislead,
6 | betray, and defraud consumers to believe that the substandard imitations are
7 | genuine BEACHBODY® branded DVDs or kits.

8 |     87.    Defendants' continuing and knowing use of one or more of Plaintiff's
9 | Marks constitutes false designation of origin and unfair competition in violation of
10 | Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a), causing Plaintiff to suffer
11 | substantial and irreparable injury for which it has no adequate remedy at law.

12 |     88.    Defendants' wrongful conduct has permitted or will permit it to make
13 | substantial sales and profits on the strength of Plaintiff's marketing, advertising,
14 | sales and consumer recognition.  As a direct and proximate result of Defendants'
15 | wrongful conduct, as alleged herein, Plaintiff has been and will be deprived of
16 | sales of authentic products bearing Plaintiff's Marks in an amount as yet unknown
17 | but to be determined at trial, and has been deprived and will be deprived of the
18 | value of its marks as commercial assets in an amount as yet unknown but to be
19 | determined at trial.  Plaintiff seeks an accounting of Defendants' profits, and
20 | requests that the Court grant Plaintiff three times that amount in the Court's
21 | discretion.

22 |     89.    Based on Defendants' wrongful conduct, Plaintiff is entitled to
23 | injunctive relief as well as monetary damages, and other remedies as provided by
24 | the Lanham Act, including Defendants' profits, treble damages, reasonable
25 | attorneys' fees, costs and prejudgment interest.

26 | / / /
27 | / / /
28 | / / /

## FOURTH CAUSE OF ACTION

### (Dilution Against Defendants, and Does 1-20, Inclusive)

### [15 U.S.C. §1125(c)]

90.    Plaintiff repeats and re-alleges every allegation set forth in each of the preceding Paragraphs.

91.    Plaintiff's Marks are distinctive and famous within the meaning of the Lanham Act.

92.    Upon information and belief, Defendants' unlawful actions began long after Plaintiff's Marks became famous, and Defendants acted knowingly, deliberately and willfully with the intent to trade on Plaintiff's reputation and to dilute Plaintiff's Marks. Defendants' conduct is willful, wanton and egregious.

93.    Defendants' intentional sale of fake, pirated and counterfeit items bearing one or more of Plaintiff's Marks is likely to cause confusion, mistake, or to deceive, mislead, betray, and defraud consumers to believe that the substandard imitations are genuine BEACHBODY® products. The actions of Defendants complained of herein have diluted and will continue to dilute Plaintiff's Marks, and are likely to impair the distinctiveness, strength and value of Plaintiff's Marks, and injure the business reputation of Plaintiff and its marks.

94.    Defendants' acts have caused and will continue to cause Plaintiff irreparable harm.  Plaintiff has no adequate remedy at law to compensate it fully for the damages that have been caused and which will continue to be caused by Defendants' unlawful acts, unless they are enjoined by this Court.

95.    As the acts alleged herein constitute a willful violation of section 43(c) of the Lanham Act, 15 U.S.C. section 1125(c), Plaintiff is entitled to injunctive relief as well as monetary damages and other remedies provided by 15 U.S.C. §§1116, 1117, 1118, and 1125(c), including Defendants' profits, treble damages, reasonable attorney's fees, costs and prejudgment interest.

## FIFTH CAUSE OF ACTION

### (Unlawful, Unfair, Fraudulent Business Practices Against Defendants, and Does 1-20, Inclusive)

### [*California Business & Professions Code* §17200 *et seq.*]

96.     Plaintiff repeats and re-alleges every allegation set forth in each of the preceding Paragraphs.

97.     By marketing, advertising, promoting, selling and/or otherwise dealing in the counterfeit BEACHBODY® products, Defendants have engaged in unfair competition including unlawful, unfair and fraudulent business practices in violation of the *California Business and Professions Code* §17200 *et seq.*

98.     Defendants' marketing, advertising, promoting, selling and/or otherwise dealing in the counterfeit BEACHBODY® products is in violation and derogation of Plaintiff's rights and is likely to cause confusion, mistake and deception among consumers and the public as to the source, origin, sponsorship, or quality of the goods of Defendant, thereby causing loss, damage and injury to Plaintiff and to the purchasing public. Defendants' conduct was intended to cause such loss, damage and injury.

99.     Defendants knew or by the exercise of reasonable care should have known that their marketing, advertising, promoting, selling and/or otherwise dealing in and their continuing marketing, advertising, promoting, selling and/or otherwise dealing in the counterfeit product would cause confusion mistake or deception among purchasers, users and the public.

100. By marketing, advertising, promoting, selling and/or otherwise dealing in and their continuing marketing, advertising, promoting, selling and/or otherwise dealing in counterfeit versions of one or more of Plaintiffs Marks and products, Defendants intended to and did induce and intends to and will induce customers to purchase its products by trading off the extensive goodwill built up by Plaintiff's in its marks.

101. Upon information and belief, the conduct of Defendants has been knowing, deliberate, willful, intended to cause confusion, or to cause mistake or to deceive, and in disregard of Plaintiff's rights.

102. Defendants' wrongful conduct, as alleged above, has permitted and will permit them to make substantial sales and profits on the strength of Plaintiff's nationwide marketing, advertising, sales and consumer recognition. As a direct and proximate result of Defendants' wrongful conduct, as alleged herein, Plaintiff has been and will be deprived of substantial sales of its products in an amount as yet unknown but to be determined at trial, and has been and will be deprived of the value of its trademarks as commercial assets, in an amount as yet unknown but to be determined at trial. Plaintiff seeks restitution in this matter, including an order granting Defendants' profits stemming from its infringing activity, and its actual and/or compensatory damages.

103. Plaintiff has no adequate remedy at law for Defendants' continuing violation of its rights set forth above. Plaintiff seeks injunctive relief.

104. Plaintiff further requests a court order that an asset freeze or constructive trust be imposed over all monies in Defendants' possession which rightfully belong to Plaintiff.

## SIXTH CAUSE OF ACTION

**(Unfair Competition Against Defendants, and Does 1-20, Inclusive)**

**[California Common Law]**

105. Plaintiff repeats and re-alleges every allegation set forth in each of the preceding Paragraphs.

106. By marketing, advertising, promoting, selling and/or otherwise dealing in counterfeit versions of Beachbody product, Defendants have engaged in unfair competition including unlawful, unfair and fraudulent business practices in violation of the common law of the State of California.

107. Defendants' marketing, advertising, promoting, selling and/or otherwise dealing in counterfeit Beachbody product is in violation and derogation of Plaintiff's rights and is likely to cause confusion, mistake and deception among consumers and the public as to the source, origin, sponsorship, or quality of the goods of Defendant, thereby causing loss, damage and injury to Plaintiff and to the purchasing public. Defendants' conduct was intended to cause such loss, damage and injury.

108. Defendants knew or by the exercise of reasonable care should have known that their marketing, advertising, promoting, selling and/or otherwise dealing in and their continuing marketing, advertising, promoting, selling and/or otherwise dealing in the counterfeit product would cause confusion mistake or deception among purchasers, users and the public.

109. By marketing, advertising, promoting, selling and/or otherwise dealing in and their continuing marketing, advertising, promoting, selling and/or otherwise dealing in counterfeit versions of one or more of Plaintiffs Marks and products, Defendants intended to and did induce and intends to and will induce customers to purchase its products by trading off the extensive goodwill built up by Plaintiff's in its marks.

110. Upon information and belief, the conduct of Defendants has been knowing, deliberate, willful, intended to cause confusion, or to cause mistake or to deceive, and in disregard of Plaintiff's rights.

111. Defendants' wrongful conduct, as alleged above, has permitted and will permit them to make substantial sales and profits on the strength of Plaintiff's nationwide marketing, advertising, sales and consumer recognition. As a direct and proximate result of Defendants' wrongful conduct, as alleged herein, Plaintiff has been and will be deprived of substantial sales of its products in an amount as yet unknown but to be determined at trial, and has been and will be deprived of the value of its trademarks as commercial assets, in an amount as yet unknown but to

1    be determined at trial.   Plaintiff seeks an order granting Defendants' profits
2    stemming from its infringing activity, and its actual and/or compensatory damages.

3         112.  Plaintiff has no adequate remedy at law for Defendants' continuing
4    violation of its rights set forth above.  Plaintiff seeks preliminary and permanent
5    injunctive relief.

6         113.  Plaintiff seeks exemplary or punitive damages for Defendants'
7    intentional misconduct.

8                          **SEVENTH CAUSE OF ACTION**

9              **(Unjust Enrichment Against Defendants, and Does 1-20, Inclusive)**

10        114.  Plaintiff repeats and re-alleges every allegation set forth in each of the
11   preceding Paragraphs.

12        115.  By virtue of the egregious and illegal acts of Defendants as described
13   above, Defendants have been unjustly enriched in an amount to proven at trial.

14        116.  Defendants' retention of monies gained through its deceptive business
15   practices, infringement, acts of counterfeit and otherwise would serve to unjustly
16   enrich Defendants and would be contrary to the interests of justice.

17        **WHEREFORE**, Plaintiff BEACHBODY, LLC, prays for judgment against
18   Defendants, and Does 1-20, inclusive, and each of them, as follows:

19        A. For an award of Defendants' profits and Plaintiff's damages in an amount
20           to be proven at trial for trademark infringement under 15 U.S.C.
21           §1114(a);

22        B. For an award of Defendants' profits and Plaintiff's damages in an amount
23           to be proven at trial for copyright infringement under 17 U.S.C. §501(a);

24        C. For an award of Defendants' profits and Plaintiff's damages in an amount
25           to be proven at trial for false designation of origin and unfair competition
26           under 15 U.S.C. §1125(a);

27        D. For an award of Defendants' profits and Plaintiff's damages in an amount
28           to be proven at trial for trademark dilution under 15 U.S.C. §1125(c);

E. In the alternative to actual damages and Defendants' profits for the infringement and counterfeiting of Plaintiff's trademark pursuant to the Lanham Act, for statutory damages pursuant to 15 U.S.C. §1117(c), which election Plaintiff will make prior to the rendering of final judgment;

F. In the alternative to actual damages and Defendants' profits pursuant to 17 U.S.C. §504(b), for statutory damages pursuant to 17 U.S.C. §504(c), which election Plaintiff will make prior to the rendering of final judgment;

G. For restitution in an amount to be proven at trial for unfair, fraudulent and illegal business practices under *Business and Professions Code* §17200;

H. For damages to be proven at trial for common law unfair competition;

I. For an injunction by this Court prohibiting Defendants from engaging or continuing to engage in the unlawful, unfair, or fraudulent business acts or practices described herein, including the advertising and/or dealing in any counterfeit product; the unauthorized use of any mark, copyright or other intellectual property right of Plaintiff; acts of trademark infringement or dilution; acts of copyright infringement; false designation of origin; unfair competition; and any other act in derogation of Plaintiff's rights;

J. For an order from the Court requiring that Defendants provide complete accountings and for equitable relief, including that Defendants disgorge and return or pay their ill-gotten gains obtained from the illegal transactions entered into and or pay restitution, including the amount of monies that should have been paid if Defendants' complied with their legal obligations, or as equity requires;

K. For an order from the Court that an asset freeze or constructive trust be imposed over all monies and profits in Defendants' possession which rightfully belong to Plaintiff;

L. For destruction of the infringing articles in Defendants' possession under 15 U.S.C. §1118 and 17 U.S.C. §503;

M. For treble damages suffered by Plaintiff as a result of the willful and intentional infringements and acts of counterfeiting engaged in by Defendants, under 15 U.S.C. §1117(b);

N. For damages in an amount to be proven at trial for unjust enrichment;

O. For an award of exemplary or punitive damages in an amount to be determined by the Court;

P. For Plaintiff's reasonable attorney's fees;

Q. For all costs of suit; and

R. For such other and further relief as the Court may deem just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff BEACHBODY, LLC, respectfully demands a trial by jury in this action.

DATED: December 9, 2011                    JOHNSON & PHAM, LLP


By: _____
Christopher D. Johnson, Esq.
Christopher Q. Pham, Esq.
Marcus F. Chaney, Esq.
Jason R. Vener, Esq,
Attorneys for Plaintiff
BEACHBODY, LLC

EXHIBIT 1

Int. Cls.: 41 and 44

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,843,063
Registered May 18, 2004

### SERVICE MARK
### PRINCIPAL REGISTER

## P90X

PRODUCT PARTNERS, LLC (CALIFORNIA LIM-
ITED LIABILITY JOINT STOCK COMPANY)

8383 WILSHIRE BLVD., SUITE 1050

BEVERLY HILLS, CA 90211

FOR: EDUCATIONAL SERVICES, NAMELY PHY-
SICAL FITNESS INSTRUCTION, IN CLASS 41 (U.S.
CLS. 100, 101 AND 107).

FIRST USE 2-18-2003; IN COMMERCE 2-18-2003.

FOR: DIETARY INSTRUCTION, NAMELY NU-
TRITIONAL COUNSELING SERVICES, IN CLASS 44
(U.S. CLS. 100 AND 101).

FIRST USE 2-18-2003; IN COMMERCE 2-18-2003.

OWNER OF U.S. REG. NOS. 2,594,003 AND
2,630,688.

SER. NO. 78-228,096, FILED 3-20-2003.

TRACY FLETCHER, EXAMINING ATTORNEY

EXHIBIT 2

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

United States Patent and Trademark Office

**Reg. No. 2,973,356**
Registered July 19, 2005

SERVICE MARK
PRINCIPAL REGISTER



PRODUCT PARTNERS, LLC (CALIFORNIA LTD
   LIAB CO)
8383 WILSHIRE BLVD., SUITE 1050
BEVERLY HILLS, CA 90211

FOR: EDUCATIONAL SERVICES, NAMELY IN-
STRUCTION IN THE USE OF EXERCISE EQUIP-
MENT AND DIET PROGRAMS, IN CLASS 41 (U.S.
CLS. 100, 101 AND 107).

FIRST USE 7-0-2003; IN COMMERCE 7-0-2003.

OWNER OF U.S. REG. NOS. 2,594,003 AND
2,630,688.

SN 78-255,848, FILED 5-29-2003.

BARBARA GAYNOR, EXAMINING ATTORNEY

EXHIBIT 3

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,444,723
Registered June 10, 2008

## TRADEMARK
## PRINCIPAL REGISTER

# P90X

PRODUCT PARRNERS, LLC (CALIFORNIA LTD LIAB CO)
SUITE 1050
8383 WILSHIRE BLVD.
BEVERLY HILLS, CA 90211

FOR: PRE-RECORDED VIDEO TAPES, CAS-SETTES, DVDS, AND CDS, FEATURING EXERCISE, FITNESS AND DIETARY INFORMATION AND INSTRUCTION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-18-2003; IN COMMERCE 2-18-2003.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,843,063, 2,869,491 AND OTHERS.

SER. NO. 77-298,721, FILED 10-8-2007.

REBECCA GILBERT, EXAMINING ATTORNEY

EXHIBIT 4

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 3,669,400

United States Patent and Trademark Office     Registered Aug. 18, 2009

TRADEMARK
PRINCIPAL REGISTER



PRODUCT PARTNERS LLC (CALIFORNIA LIM-
    ITED LIABILITY COMPANY)
THIRD FLOOR
3301 EXPOSITION BLVD.
SANTA MONICA, CA 90404

FOR: PRE-RECORDED VIEO TAPES, CAS-
SETTES, DVDS AND CDS FEATURING EXERCISE,
FITNESS AND DIETARY INFORMATION AND
INSTRUCTION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 7-21-2003; IN COMMERCE 7-21-2003.

OWNER OF U.S. REG. NOS. 2,843,063, 3,444,723
AND OTHERS.

THE MARK CONSISTS OF "P90X" IN BLOCK
LETTERS.

SER. NO. 77-714,401, FILED 4-15-2009.

JOHN GARTNER, EXAMINING ATTORNEY

# EXHIBIT 5

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts

**PA 1-324-687**

PAU

EFFECTIVE DATE OF REGISTRATION

**March 23, 2006**
Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

P90X Extreme Home Fitness Kit

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See Instructions

Audiovisual work of various workouts

---

**2**

**a**  NAME OF AUTHOR ▼

Product Partners, LLC

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in  USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?       ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
photography recorded and printed text, charts and sounds

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?       ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?       ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given
2005  Year in all cases.

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month  January   Day _____   Year 2005
USA   Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Product Partners, LLC
8383 Wilshire Blvd., Beverly Hills, CA  90211

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
**MAR 23 2006**
ONE DEPOSIT RECEIVED
**MAR 23 2006**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

|  | EXAMINED BY | | FORM PA |
|---|---|---|---|
|  | CHECKED BY | | |
|  | ☐ CORRESPONDENCE<br>☐ Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

**a**

**6**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Camille M. Miller, Esquire
1900 Market Street, 6th Floor
Philadelphia, PA 19103

**b**

Area code and daytime telephone number  ( 215 ) 665-7273          Fax number  ( 215 ) 701-2273

Email cmiller@cozen.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Claimant, Product Partners, LLC**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Camille M. Miller                                    Date  3/ 21 /06

Handwritten signature (X) ▼

☞          x _____

**9**

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Camille M. Miller, Esquire<br>Number/Street/Apt ▼<br>1900 Market Street<br>City/State/ZIP ▼<br>Philadelphia, PA 19103 |
|---|---|

• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000  Web Rev. June 2002  ⊕ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/21,021

# EXHIBIT 6

# United States of America

## United States Patent and Trademark Office

# INSANITY

**Reg. No. 3,696,777**
Registered Oct. 13, 2009

**Int. Cls.: 9 and 41**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

PRODUCT PARTNERS, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
3301 EXPOSITION BOULEVARD
3RD FLOOR
SANTA MONICA, CA 90404

FOR: PRE-RECORDED VIDEO TAPES, CASSETTES, DVDS, AND CDS, FEATURING EXER-
CISE, FITNESS, DIETARY INFORMATION AND INSTRUCTION, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FIRST USE 12-2-2008; IN COMMERCE 4-15-2009.

FOR: PROVIDING A WEB SITE FEATURING ON-LINE INSTRUCTION IN THE FIELD OF
PHYSICAL EXERCISE AND NUTRITION AND TRACKING PROGRESS OF WORKOUTS;
EDUCATIONAL SERVICES AND ON-LINE EDUCATIONAL SERVICES, NAMELY,
PROVIDING INSTRUCTION IN THE FIELDS OF EXERCISE EQUIPMENT, PHYSICAL EX-
ERCISE AND NUTRITION, AND INSTRUCTIONAL MATERIALS DISTRIBUTED IN CON-
NECTION THEREWITH; PROVIDING INFORMATION IN THE FIELD OF ENTERTAINMENT
FEATURING INFORMATION ON REALITY BASED TELEVISION BY MEANS OF A
GLOBAL COMPUTER NETWORK; ENTERTAINMENT SERVICES IN THE NATURE OF AN
ON-GOING REALITY BASED TELEVISION PROGRAM; ENTERTAINMENT SERVICES,
NAMELY, PROVIDING A REALITY BASED TELEVISION PROGRAM VIA A GLOBAL
COMPUTER NETWORK; ENTERTAINMENT SERVICES, NAMELY, CONDUCTING CON-
TESTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-2-2008; IN COMMERCE 4-15-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-521,571, FILED 7-14-2008.

TEJBIR SINGH, EXAMINING ATTORNEY



David J. Kgppos

Director of the United States Patent and Trademark Office

EXHIBIT 7

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-689-744

Effective date of
registration:

August 11, 2009

### Title

Title of Work: INSANITY EXERCISE KIT

### Completion/Publication

Year of Completion: 2009

Date of 1st Publication: July 10, 2009          Nation of 1st Publication: United States

### Author

Author: Product Partners, LLC

Author Created: text, photograph, charts and video production

Work made for hire: Yes

Domiciled in: United States

### Copyright claimant

Copyright Claimant: Product Partners, LLC

3301 Exposition Blvd., Third Floor, Santa Monica, CA, 90404, United States

### Limitation of copyright claim

Material excluded from this claim: preexisting music recordings

### Certification

Name: Camille M. Miller

Date: August 5, 2009

Applicant's Tracking Number: PP-505-US/127162

Correspondence: Yes

Page 1 of 1.

# EXHIBIT 8

# United States of America

## United States Patent and Trademark Office

## BRAZIL BUTT LIFT

**Reg. No. 3,768,957**
Registered Mar. 30, 2010

**Int. Cls.: 9 and 41**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

PRODUCT PARTNERS, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
THIRD FLOOR
3301 EXPOSITION BLVD.
SANTA MONICA, CA 90404

FOR: PRE-RECORDED VIDEO CASSETTES AND DVD'S FEATURING EXERCISE, FITNESS AND DIETARY INFORMATION AND INSTRUCTION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-1-2009; IN COMMERCE 12-1-2009.

FOR: TRAINING IN THE FIELD OF EXERCISE AND NUTRITION; ONLINE EDUCATIONAL SERVICES, NAMELY, INSTRUCTION IN THE FIELDS OF EXERCISE EQUIPMENT, FITNESS EXERCISE, AND DIET AND NUTRITION PROGRAMS, DISTRIBUTION OF PRINTED COURSE MATERIALS USED IN CONNECTION THEREWITH, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1-0-2004; IN COMMERCE 1-0-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,544,339, 3,547,558, AND 3,547,560.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BUTT LIFT", APART FROM THE MARK AS SHOWN.

SN 77-657,448, FILED 1-27-2009.

MYRIAH HABEEB, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

EXHIBIT 9

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 3,656,546
Registered July 21, 2009

## SERVICE MARK
### PRINCIPAL REGISTER

# BRAZIL BUTT LIFT

PRODUCT PARTNERS, LLC (CALIFORNIA LIM-
ITED LIABILITY COMPANY)
8383 WILSHIRE BOULEVARD
SUITE 1050
BEVBERLY HILLS, CA 90211

FOR: COUNSELING SERVICES IN THE FIELD
PHYSICAL FITNESS; PHYSICAL FITNESS CONDI-
TIONING CLASSES; PHYSICAL FITNESS CONSUL-
TATION; PHYSICAL FITNESS INSTRUCTION;
PHYSICAL FITNESS TRAINING SERVICES; PRO-
VIDING ASSISTANCE, PERSONAL TRAINING
AND PHYSICAL FITNESS CONSULTATION TO
INDIVIDUALS TO HELP THEM MAKE PHYSICAL
FITNESS, STRENGTH, CONDITIONING, AND EX-
ERCISE IMPROVEMENT IN THEIR DAILY LIVING,
IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1-0-2004; IN COMMERCE 1-0-2004.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BUTT LIFT", APART FROM THE
MARK AS SHOWN.

SER. NO. 77-422,120, FILED 3-14-2008.

ERIN FALK, EXAMINING ATTORNEY

EXHIBIT 10



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Nov 23 04:35:46 EST 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:        OR   Jump   to record:        **Record 1 out of 5**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| **Word Mark** | **BRAZIL BUTT LIFT** |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Pre-recorded video tapes, audio and video cassettes, DVDs, and CDs, featuring exercise, fitness, dietary information and instruction, and instructional materials distributed in connection therewith. FIRST USE: 20091201. FIRST USE IN COMMERCE: 20091201 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 85325126 |
| **Filing Date** | May 19, 2011 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 15, 2011 |
| **Owner** | (APPLICANT) Beachbody, LLC LIMITED LIABILITY COMPANY CALIFORNIA Third Floor 3301 Exposition Blvd. Santa Monica CALIFORNIA 90404 |
| **Attorney of Record** | Camille M. Miller |
| **Prior Registrations** | 3656546;3768957;3819715 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BUTT LIFT" APART FROM THE MARK AS SHOWN |

| | |
|---|---|
| **Description of Mark** | The color(s) yellow is/are claimed as a feature of the mark. The mark consists of "BRAZIL" in yellow font on top of "BUTT LIFT", also in yellow font. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST

NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT 11

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

PA 1-746-438

**Effective date of registration:**

February 24, 2010

## Title

Title of Work: BRAZIL BUTT LIFT KIT

## Completion/Publication

Year of Completion: 2009

Date of 1st Publication: December 1, 2009     Nation of 1st Publication: United States

## Author

■     Author: Product Partners, LLC

Author Created: music, text, photographs and drawings, images, sounds, audiovisual

Work made for hire: Yes

Domiciled in: United States

## Copyright claimant

Copyright Claimant: Product Partners, LLC

3301 Exposition Blvd., Third Floor, Santa Monica, CA, 90404, United States

## Certification

Name: Camille M. Miller

Date: February 23, 2010

Applicant's Tracking Number: PP-0533/127162

Page 1 of 1

EXHIBIT 12

Int. Cls.: 5 and 9

Prior U.S. Cls.: 6, 18, 21, 23, 26, 36, 38, 44, 46, 51, and 52

**United States Patent and Trademark Office**

Reg. No. 2,657,181
Registered Dec. 3, 2002

## TRADEMARK
## PRINCIPAL REGISTER

## SLIM IN 6

PRODUCT PARTNERS, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
3340 OCEAN PARK BLVD., #3040
SANTA MONICA, CA 90405 BY ASSIGNMENT GRSN, INC. (CALIFORNIA CORPORATION) SANTA MONICA, CA 90405

FOR: NUTRITIONAL AND DIETARY SUPPLEMENTS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 9-5-2001; IN COMMERCE 9-5-2001.

FOR: VIDEO TAPES FEATURING WEIGHT LOSS AND FITNESS PROGRAMS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-5-2001; IN COMMERCE 9-5-2001.

SN 76-292,487, FILED 7-30-2001.

JANICE MOONEYHAM, EXAMINING ATTORNEY

EXHIBIT 13



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Nov 23 04:35:46 EST 2011*



Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 1 out of 3**

TARR Status | ASSIGN Status | TDR | TTAB Status ( *Use the "Back" button of the Internet Browser to return to TESS)*

| | |
|---|---|
| **Word Mark** | **SLIM IN 6** |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Pre-recorded video tapes, audio and video cassettes, DVDs, and CDs, featuring exercise, fitness, dietary information and instruction, and instructional materials distributed in connection therewith. FIRST USE: 20010905. FIRST USE IN COMMERCE: 20010905 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.01.21 - Circles that are totally or partially shaded. |
| **Serial Number** | 85325183 |
| **Filing Date** | May 19, 2011 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 15, 2011 |
| **Owner** | (APPLICANT) Beachbody, LLC LIMITED LIABILITY COMPANY CALIFORNIA Third Floor 3301 Exposition Blvd. Santa Monica CALIFORNIA 90404 |
| **Attorney of Record** | Camille M. Miller |
| **Prior Registrations** | 2657181 |

| Description of Mark | The color(s) blue, white, orange and green is/are claimed as a feature of the mark. The mark consists of "SLIM" in blue font with "IN" in white font surrounded by an orange circle to the right of "SLIM" and "6" in green font to the right of "IN". |
| --- | --- |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |



|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT 14

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form PA**
For a Work of ───

PA 1—315—600

| PA | | PAU |

EFFECTIVE DATE OF REGISTRATION

MARCH 23, 2006

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

Slim In 6 Kit

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See Instructions**

Audiovisual work of various workouts

---

**NAME OF AUTHOR ▼**

**a** Product Partners, LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ┤ Citizen of _____
     Domiciled in __USA__

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
photography recorded and printed text, and sounds

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼** **b**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR ┤ Citizen of _____
     Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼** **c**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ┤ Citizen of _____
     Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This Information must be given in all cases.
2005 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month January Day 1 Year 2005
USA Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Product Partners, LLC
8383 Wilshire Blvd., Beverly Hills, CA. 90211

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
MAR 23 2006
**ONE DEPOSIT RECEIVED**
MAR 23 2006
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

| EXAMINED BY | DBC | FORM PA |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**      **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

**a**

**6**

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**      **Account Number ▼**

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Camille M. Miller, Esquire
1900 Market Street, 6th Floor
Philadelphia, PA 19103

Area code and daytime telephone number ( 215 ) 665-7273      Fax number ( 215 ) 701-2273

Email cmiller@cozen.com

**b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Claimant, Product Partners, LLC**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Camille M. Miller      Date 3/21/06

Handwritten signature (X) ▼

x _[signature]_

| Certificate will be mailed in window envelope to this address: | Name ▼ Camille M. Miller, Esquire |
|---|---|
| | Number/Street/Apt ▼ 1900 Market Street |
| | City/State/ZIP ▼ Philadelphia, PA 19103 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000    Web Rev. June 2002    ⊕ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

EXHIBIT 15

# United States of America

## United States Patent and Trademark Office

# REVABS

**Reg. No. 3,755,540**
Registered Mar. 2, 2010

**Int. Cls.: 9 and 41**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

PRODUCT PARTNERS LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
3301 EXPOSITION BOULEVARD
3RD FLOOR
SANTA MONICA, CA 90404

FOR: PRE-RECORDED VIDEO CASSETTES, CDS AND DVD'S FEATURING EXERCISE, FITNESS AND DIETARY INFORMATION AND INSTRUCTION, AND RELATED WRITTEN MATERIALS, ALL SOLD AS A UNIT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-0-2009; IN COMMERCE 7-0-2009.

FOR: PROVIDING A WEB SITE FEATURING ON-LINE INSTRUCTION IN THE FIELD OF PHYSICAL EXERCISE AND NUTRITION AND TRACKING PROGRESS OF EXERCISE WORKOUTS; EDUCATIONAL SERVICES AND ON-LINE EDUCATIONAL SERVICES, NAMELY, PROVIDING INSTRUCTION AND TRAINING IN THE FIELDS OF EXERCISE EQUIPMENT, PHYSICAL EXERCISE AND DIET AND NUTRITION, AND INSTRUCTIONAL MATERIALS DISTRIBUTED IN CONNECTION THEREWITH; EDUCATIONAL SERVICES, NAMELY, TRACKING PROGRESS OF EXERCISE WORKOUTS FOR OTHERS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-0-2009; IN COMMERCE 7-0-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-518,515, FILED 7-9-2008.

TINA MAI, EXAMINING ATTORNEY



David J. Kappos
Director of the United States Patent and Trademark Office

EXHIBIT 16

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## PA 1-718-113

**Effective date of registration:**

December 24, 2009

---

## Title

Title of Work: REVABS EXERCISE KIT (2009)

## Completion/Publication

Year of Completion: 2009

Date of 1st Publication: July 15, 2009     Nation of 1st Publication: United States

## Author

Author: Product Partners, LLC

Author Created: video production, sound recording, photographs

Work made for hire: Yes

Citizen of: United States

## Copyright claimant

Copyright Claimant: Product Partners, LLC

3301 Exposition Blvd., Third Floor, Santa Monica, CA, 90404, United States

## Certification

Name: Camille M. Miller

Date: December 23, 2009

Applicant's Tracking Number: PP-0527/127162

---

Copyright Office notes:   Regarding author information: motion pictures include accompanying sounds, not a sound recording.

Page 1 of 1

# EXHIBIT 17

Int. Cls.: 9 and 41

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 3,420,854

Registered Apr. 29, 2008

### TRADEMARK
### SERVICE MARK
### SUPPLEMENTAL REGISTER

# 10 MINUTE TRAINER

PRODUCT PARTNERS LLC (CALIFORNIA LTD
LIAB CO)
SUITE 1050
8383 WILSHIRE BLVD.
BEVERLY HILLS, CA 90211

FOR: PRE-RECORDED VIDEO TAPES, CAS-
SETTES, DVDS, AND CDS, FEATURING EXERCISE,
FITNESS AND DIETARY INFORMATION AND
INSTRUCTION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 1-1-2008; IN COMMERCE 1-1-2008.

FOR: EDUCATIONAL SERVICES, NAMELY, IN-
STRUCTION IN THE FIELDS OF EXERCISE EQUIP-
MENT, FITNESS EXERCISE, AND DIET AND
NUTRITION PROGRAMS; ONLINE EDUCATION-

AL SERVICES, NAMELY, INSTRUCTION IN THE
FIELDS OF EXERCISE EQUIPMENT, FITNESS EX-
ERCISE, AND DIET AND NUTRITION PROGRAMS;
PROVIDING ON-LINE COMPUTER DATABASE
FEATURING INFORMATION IN EXERCISE AND
FITNESS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1-1-2008; IN COMMERCE 1-1-2008.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-119,840, FILED P.R. 3-1-2007; AM. S.R.
2-5-2008.

BRIAN PINO, EXAMINING ATTORNEY

EXHIBIT 18

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,753,471**
Registered Feb. 23, 2010

**Int. Cl.: 9**

**TRADEMARK**
**SUPPLEMENTAL REGISTER**

PRODUCT PARTNERS, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
THIRD FLOOR
3301 EXPOSITION BLVD.
SANTA MONICA, CA 90404

FOR: PRE-RECORDED VIDEO TAPES, CASSETTES, DVDS, AND CDS, FEATURING EXER-
CISE, FITNESS AND DIETARY INFORMATION AND INSTRUCTION, IN CLASS 9 (U.S.
CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-1-2008; IN COMMERCE 1-1-2008.

OWNER OF U.S. REG. NO. 3,420,854.

THE COLOR(S) YELLOW AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF "10 MINUTE" IN YELLOW, THE WORD "TRAINER" IN WHITE.

SER. NO. 77-836,511, FILED P.R. 9-28-2009; AM. S.R. 1-15-2010.

MEGHAN REINHART, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

EXHIBIT 19

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-600-800**

**Effective date of
registration:**

February 15, 2008

## Title

**Title of Work:** TEN MINUTE TRAINER EXERCISE KIT

**Nature of Work:** audiovisual work of various workouts

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** June 1, 2007

## Author

■ **Author:** Product Partners, LLC

**Author Created:** photographs, recorded and printed text, and sounds

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** No                    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Product Partners, LLC

8383 Wilshire Blvd., Suite 1050, Beverly Hills, CA, 90211

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Camille M. Miller

**Date:** February 13, 2008

**Correspondence:** Yes

EXHIBIT 20

# United States of America

## United States Patent and Trademark Office

### INSANITY THE ASYLUM

**Reg. No. 4,007,194**

**Registered Aug. 2, 2011**

**Int. Cls.: 9 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

BEACHBODY, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
3301 EXPOSITION BLVD
THIRD FLOOR
SANTA MONICA, CA 90404

FOR: PRE-RECORDED VIDEO TAPES, AUDIO AND VIDEO CASSETTES, DVDS, AND CDS, FEATURING EXERCISE, FITNESS, DIETARY INFORMATION AND INSTRUCTION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-29-2010; IN COMMERCE 4-1-2011.

FOR: PROVIDING A WEB SITE FEATURING ON-LINE INSTRUCTION IN THE FIELD OF PHYSICAL EXERCISE AND NUTRITION AND TRACKING PROGRESS OF WORKOUTS; EDUCATIONAL SERVICES AND, ON-LINE EDUCATIONAL SERVICES, NAMELY, PROVIDING INSTRUCTION IN THE FIELDS OF EXERCISE EQUIPMENT, PHYSICAL EXERCISE AND NUTRITION, AND INSTRUCTIONAL MATERIALS DISTRIBUTED IN CONNECTION THEREWITH; PHYSICAL FITNESS TRAINING SERVICES, NAMELY, TRACKING PROGRESS OF WORKOUTS FOR OTHERS; ENTERTAINMENT SERVICES, NAMELY, CONDUCTING CONTESTS; EDUCATION AND ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEBSITE FEATURING NON-DOWNLOADABLE AUDIO CLIPS, VIDEO CLIPS, MUSICAL PERFORMANCES, MUSICAL VIDEOS, FILM CLIPS, PHOTOGRAPHS, AND INFORMATION IN THE FIELD OF EXERCISE AND NUTRITION, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-29-2010; IN COMMERCE 4-1-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,696,777.

SN 85-029,391, FILED 5-4-2010.

KATHERINE E. HALMEN, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

EXHIBIT 21

Int. Cls.: 5, 9 and 41

Prior U.S. Cls.: 6, 18, 21, 23, 26, 36, 38, 44, 46, 51, 52, 100, 101 and 107

Reg. No. 2,862,904

United States Patent and Trademark Office    Registered July 13, 2004

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

## BEACHBODY

PRODUCT PARTNERS, LLC (CALIFORNIA LIM-
ITED LIABILITY CORPORATION)
8383 WILSHIRE BOULEVARD SUITE 1050
BEVERLY HILLS, CA 90211

FOR: MEAL REPLACEMENT PROTEIN BARS, DIETARY SUPPLEMENTS AND DIET AIDS, NAME-LY VITAMINS AND MINERAL SUPPLEMENTS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 5-10-1999; IN COMMERCE 5-10-1999.

FOR: PRE-RECORDED VIDEO TAPES, CAS-SETTES, DVDS, AND CDS, FEATURING EXERCISE, FITNESS AND DIETARY INFORMATION AND INSTRUCTION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-10-1999; IN COMMERCE 5-10-1999.

FOR: EDUCATIONAL SERVICES, NAMELY IN-STRUCTION IN THE FIELDS OF EXERCISE EQUIP-MENT, FITNESS EXERCISE, AND DIET AND NUTRITION PROGRAMS , IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 5-10-1999; IN COMMERCE 5-10-1999.

OWNER OF U.S. REG. NO. 2,665,151.

SER. NO. 78-280,327, FILED 7-29-2003.

MARC LEIPZIG, EXAMINING ATTORNEY

EXHIBIT 22

Int. Cls.: 38, 41, and 44

Prior U.S. Cls.: 100, 101, 104, and 107

**United States Patent and Trademark Office**

Reg. No. 3,450,708
Registered June 17, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# BEACHBODY

PRODUCT PARTNERS, LLC (CALIFORNIA LTD LIAB CO)
SUITE 1050
8383 WILSHIRE BLVD.
BEVERY HILLS, CA 90211

FOR: PROVIDING ON-LINE ELECTRONIC BULLETIN BOARDS FOR TRANSMISSION OF MESSAGES AMONG COMPUTER USERS CONCERNING EXERCISE; AUDIO AND VIDEO BROADCASTING SERVICES OVER THE INTERNET OR OTHER COMMUNICATIONS NETWORK, NAMELY, UPLOADING, POSTING, SHOWING, DISPLAYING, TAGGING AND ELECTRONICALLY TRANSMITTING INFORMATION, AUDIO, AND VIDEO CLIPS; PROVIDING ACCESS TO INFORMATION, AUDIO, AND VIDEO VIA WEBSITES, ONLINE FORUMS, CHAT ROOMS, LISTSERVS AND BLOGS OVER THE INTERNET; PROVIDING ON-LINE CHAT ROOMS AND ELECTRONIC BULLETIN BOARDS FOR TRANSMISSION OF MESSAGES AMONG USERS IN THE FIELD OF GENERAL INTEREST, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 2-2-2004; IN COMMERCE 2-2-2004.

FOR: PROVIDING A WEB SITE FEATURING ON-LINE INSTRUCTION IN THE FIELD OF PHYSICAL EXERCISE AND NUTRITION AND TRACKING PROGRESS OF WORKOUTS; EDUCATIONAL SERVICES AND ON-LINE EDUCATIONAL SERVICES, NAMELY, PROVIDING INSTRUCTION IN THE FIELDS OF EXERCISE EQUIPMENT, PHYSICAL EXERCISE AND NUTRITION, AND INSTRUCTIONAL MATERIALS DISTRIBUTED IN CONNECTION THEREWITH; EDUCATIONAL SERVICES, NAMELY, TRACKING PROGRESS OF WORKOUTS FOR OTHERS; PROVIDING INFORMATION IN THE FIELD OF ENTERTAINMENT FEATURING INFORMATION ON REALITY BASED TELEVISION BY MEANS OF A GLOBAL COMPUTER NETWORK; ENTERTAINMENT SERVICES IN THE NATURE OF AN ON-GOING REALITY BASED TELEVISION PROGRAM; ENTERTAINMENT SERVICES, NAMELY, PROVIDING A REALITY BASED TELEVISION PROGRAM VIA A GLOBAL COMPUTER NETWORK; ENTERTAINMENT SERVICES, NAMELY, CONDUCTING CONTESTS; EDUCATION AND ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEBSITE FEATURING AUDIO CLIPS, VIDEO CLIPS, MUSICAL PERFORMANCES, MUSICAL VIDEOS, FILM CLIPS, PHOTOGRAPHS, OTHER MULTIMEDIA MATERIALS, AND INFORMATION IN THE FIELD OF AUDIO CLIPS, VIDEO CLIPS, MUSICAL PERFORMANCES, MUSICAL VIDEOS, FILM CLIPS, PHOTOGRAPHS, AND OTHER MULTIMEDIA MATERIALS; BLOGS FEATURING INFORMATION IN THE FIELD OF AUDIO CLIPS, VIDEO CLIPS, MUSICAL PERFORMANCES, MUSICAL VIDEOS, FILM CLIPS, PHOTOGRAPHS, AND OTHER MULTIMEDIA MATERIALS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 5-10-1999; IN COMMERCE 5-10-1999.

FOR: ONLINE DIET AND SUPPORT SERVICES, NAMELY, DIETARY AND NUTRITIONAL GUIDANCE AND WEIGHT REDUCTION DIET PLANNING AND SUPERVISION. IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 5-10-1999; IN COMMERCE 5-10-1999.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,862,904, 3,078,168, AND OTHERS.

SN 77-265,117. FILED 8-27-2007.

FRED MANDIR, EXAMINING ATTORNEY

EXHIBIT 23

Int. Cls.: 5, 9 and 41

Prior U.S. Cls.: 6, 18, 21, 23, 26, 36, 38, 44, 46, 51, 52, 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,873,866
Registered Aug. 17, 2004

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER



PRODUCT PARTNERS, LLC (CALIFORNIA LIM-
ITED LIABILITY CORPORATION)
8383 WILSHIRE BOULEVARD, SUITE 1050
BEVERLY HILLS, CA 90211

FOR: MEAL REPLACEMENT PROTEIN BARS,
DIETARY SUPPLEMENTS AND DIET AIDS, NAME-
LY VITAMINS AND MINERAL SUPPLEMENTS, IN
CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 6-0-2003; IN COMMERCE 6-0-2003.

FOR: PRE-RECORDED VIDEO TAPES, DVDS,
AND CDS, FEATURING EXERCISE, FITNESS
AND DIETARY INFORMATION AND INSTRUC-
TION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-0-2003; IN COMMERCE 6-0-2003.

FOR: EDUCATIONAL SERVICES, NAMELY IN-
STRUCTION IN THE FIELDS OF EXERCISE EQUIP-
MENT AND DIET PROGRAMS, IN CLASS 41 (U.S.
CLS. 100, 101 AND 107).

FIRST USE 6-0-2003; IN COMMERCE 6-0-2003.

OWNER OF U.S. REG. NO. 2,665,151.

SER. NO. 76-529,764, FILED 7-14-2003.

MARC LEIPZIG, EXAMINING ATTORNEY

# EXHIBIT 24

Int. Cls.: 5, 9 and 41

Prior U.S. Cls.: 6, 18, 21, 23, 26, 36, 38, 44, 46, 51, 52, 100, 101 and 107

Reg. No. 2,665,151

United States Patent and Trademark Office    Registered Dec. 24, 2002

Amended    OG Date Apr. 15, 2008

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

# BEACHBODY

PRODUCT PARTNERS, LLC (CALIFOR-
NIA LTD LIAB CO)
3340 OCEAN PARKWAY BLVD., SUITE
360
SANTA MONICA, CA 90405
  THE MARK CONSISTS OF STAN-
DARD CHARACTERS WITHOUT CLAIM
TO ANY PARTICULAR FONT, STYLE,
SIZE, OR COLOR.

  FOR: DIETARY SUPPLEMENTS AND
DIET AIDS, NAMELY VITAMINS AND
MINERAL SUPPLEMENTS, IN CLASS 5
(U.S. CLS. 6, 18, 44, 46, 51 AND 52).
  FIRST USE 5-10-1999; IN COMMERCE
5-10-1999.

  FOR: PRE-RECORDED VIDEO CAS-
SETTES FEATURING EXERCISE, FIT-
NESS AND DIETARY INFORMATION
AND INSTRUCTION , IN CLASS 9 (U.S.
CLS. 21, 23, 26, 36 AND 38).
  FIRST USE 5-10-1999; IN COMMERCE
5-10-1999.

  FOR: EDUCATIONAL SERVICE,
NAMELY INSTRUCTION IN THE USE
OF EXERCISE EQUIPMENT AND DIET
PROGRAMS, IN CLASS 41 (U.S. CLS. 100,
101 AND 107).
  FIRST USE 5-10-1999; IN COMMERCE
5-10-1999.
  SER. NO. 76-046,578, FILED 3-17-2000.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Apr. 15, 2008.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

EXHIBIT 25

Gmail - Receipt for Your Payment to Thac                    https://mail.googl    m/mail/?ui=2&ik=6ae66819a7&view=pt&sear...

GM il                                                    Thomas Peistrup <peistrup@gmail.com>

# Receipt for Your Payment to Thach vu
1 message

service@paypal.com <service@paypal.com>                              Fri, Sep 25, 2009 at 4:45 PM
To: Thomas Peistrup <peistrup@firmconnections.com>

PayPal                                                   Sep. 25, 2009 16:44:59 PDT
                                                         Transaction ID: 4EU74582MX663533K

Hello Thomas Peistrup,

You sent a payment of $25.00 USD to Thach vu

It may take a few moments for this transaction to appear in your account.

Merchant                                    Instructions to merchant
Thach vu                                    You haven't entered any instructions

Shipping address - unconfirmed              Shipping details
CD Johnson                                  The seller hasn't provided any shipping details yet.
22647 Ventura Blvd
Suite 275
Woodland Hills, CA 91364
United States

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| TONY HORTON 10 MINUTE TRAINER 8 WORKOUTS 3 DVDS Item# 122425029 | $25.00 USD | 1 | $25.00 USD |
| | Subtotal | | $25.00 USD |
| | Total | | $25.00 USD |
| | Payment | | $25.00 USD |

Issues with this transaction?
You have 45 days from the date of the transaction to open a dispute in the Resolution Center.

?  Questions? Go to the Help Center at: www.paypal.com/help.

Please do not reply to this email. This mailbox is not monitored and you will not receive a response. For assistance, log in to
your PayPal account and click Help in the top right corner of any PayPal page.

To receive email notifications in plain text instead of HTML, log in to your PayPal account, go to your Profile, and click
Notifications.

PayPal Email ID PP120

# EXHIBIT 26

*PayP*

Log Out | Help | Security Center | Search

My Account | Send Money | Request Money | Merchant Services | Products & Services | Shopping

## Transaction Details

eBay Payment Sent - Unique Transaction ID #57T301289804987AB

Total Amount: -$42.50 USD
Fee amount: $0.00 USD
Net amount: -$42.50 USD
Date: Oct 2, 2009
Time: 11:02:39 PDT
Status: Completed

| Item # | Item Title | Qty | Price | Subtotal |
|--------|-----------|-----|-------|----------|
| 220488656656 | SLR DV16 Dakota Switch 2 DJCS 6 AutoWbl BANT... | 1 | $42.50 USD | $42.50 USD |

Shipping & Handling via USPS First Class Mail
(includes any seller handling fees)    --
Shipping Insurance (included)    --

Total:   $42.50 USD

Shipping Address: chris johnson
ste. 115 6355 Topanga Canyon Blvd
Woodland Hills  CA 91367
United States
Confirmed

Payment To: Savann Vun   (The recipient of this payment is Verified)
Seller's ID: svun30045v
Seller's Email: svun3004@gmail.com

Funding Type: Instant Transfer
Funding Source: $42.50 USD - abilty Checking (Confirmed xxxxx2463)
Back Up Funding Source: MasterCard Card xxxxxxxxxxxx-2017

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Oct 2, 2009 | Payment To Savann Vun | Completed | | -$42.50 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Oct 2, 2009 | Add Funds from a Bank Account | Completed | Details | $42.50 USD |

Need help? If you have problems with a transaction or would like assistance settling a dispute with your seller,
visit the Resolution Center. PayPal strongly recommends attempting to resolve this issue directly with the
merchant or seller whenever possible.

Description: Savann Vun

[ Return to My Account ]

About Us   Contact Us   Legal Agreements   Privacy   Fees   Site Feedback [+]

Information about FDIC pass-through insurance

EXHIBIT 27

**PayPal**

Log Out | Help | Security Center                    Search

My Account    Send Money    Request Money    Merchant Services    Products & Services    Shopping

## Transaction Details

eBay Payment Sent (Unique Transaction ID #58Y77979LN626261L)

Total Amount: -$89.86 USD
Fee amount: $0.00 USD
Net amount: -$89.86 USD
Date: Oct 15, 2009
Time: 14:49:51 PDT
Status: Completed

| Item # | Item Title | Qty | Price | Subtotal |
|---|---|---|---|---|
| 280410224694 | P90X Extreme HOME FITNESS Complete WORKOUT 13 DVD SET | 1 | $79.88 USD | $79.88 USD |

| | | |
|---|---|---|
| Shipping & Handling via USPS Media Mail (includes any seller handling fees): | | $2.99 USD |
| Shipping Insurance (optional): | | -- |
| Sales Tax (8.750% in CA): | | $6.99 USD |
| Total: | | $89.86 USD |

Shipping Address: Frank Hernandez
520 Broadway
Suite 350
Santa Monica, CA 90401
United States
Confirmed

Payment To: George Luca   (The recipient of this payment is Unverified)
Seller's ID: lucageor
Seller's Email: gluca45@gmail.com

Funding Type: Credit Card
Funding Source: $89.86 USD - MasterCard Card XXXX-XXXX-XXXX-8809

This credit card transaction will appear on your bill as "PAYPAL *GLUCA45".

## Shipment Information

Shipping Status: Shipped
Reference Number: U.S. Postal Service 9102785091401238950927 Learn More

Service Type: Media Mail® (2-9 days)
Package Size: Package/Thick Envelope

PayPal Website Payment Details - PayPal                    https://history.paypal.com/us/cgi-bin/webscr?cmd=_history-details&...

|  |  |
|---|---|
| Mailing Date: | Oct 16, 2009 |
| Signature Confirmation: | No |
| Display Postage Value on Label: | No |
| Shipping Insurance: | No |

**Ship From:** George Luca
5438 Tower rd
Riverside, CA 92506
United States

**Ship To:** Frank Hernandez
520 Broadway
Suite 350
Santa Monica, CA 90401
United States
Confirmed Residential address

### Original Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Oct 15, 2009 | Payment To George Luca | Completed | ... | -$89.86 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Oct 15, 2009 | Charge From Credit Card | Completed | Details | $89.86 USD |

**Need help?** If you have problems with a transaction or would like assistance settling a dispute with your seller,
visit the Resolution Center. PayPal strongly recommends attempting to resolve this issue directly with the
merchant or seller whenever possible.

**Description:** George Luca

Return to Log

About Us   Contact Us   Legal Agreements   Privacy   Fees   Site Feedback [+]

Copyright © 1999-2009 PayPal. All rights reserved.
Information about FDIC pass-through insurance

10/22/2009 6:09 PM

EXHIBIT 28

**PayPal**

My Account | Send Money | Request Money | Merchant Services | Products & Services | Shopping

## Transaction Details

eBay Payment Sent (Unique Transaction ID #7S502961TG971672K)

Total Amount: -$93.00 USD
Fee amount: $0.00 USD
Net amount: -$93.00 USD
Date: Jan 20, 2010
Time: 06:47:26 PST
Status: Completed

| Item # | Item Title | Qty | Price | Subtotal |
|--------|-----------|-----|-------|----------|
| 190365749515 | P90X EXTREME HOME FITNESS | 1 | $93.00 USD | $93.00 USD |

| | | | | |
|--|--|--|--|--|
| | Shipping & Handling via UPS Ground Note: UPS cannot ship to P.O. Boxes (includes any seller handling fees) | | | -- |
| | Shipping Insurance | | | -- |
| | | | Total: | $93.00 USD |

Shipping Address: chris johnson
6365 Topanga Canyon Blvd
Ste 116
Woodland Hills, CA 91367
United States
Confirmed ☑

Payment To: Ricardo Marin   (The recipient of this payment is Verified)
Seller's ID: looithigh
Seller's Email: ricardoadvance7@yahoo.com

Funding Type: Instant Transfer
Funding Source: $93.00 USD - wamu Checking (Confirmed) x-2453
Back Up Funding Source: MasterCard Card XXXX-XXXX-XXXX-2017

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jan 20, 2010 | Payment To Ricardo Marin | Completed | -- | -$93.00 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jan 20, 2010 | Add Funds from a Bank Account | Completed | Details | $93.00 USD |

Need help? If you have problems with a transaction or would like assistance settling a dispute with your seller, visit the Resolution Center. PayPal strongly recommends attempting to resolve this issue directly with the merchant or seller whenever possible.

Description: Ricardo Marin

Return to My Account

EXHIBIT 29



EXHIBIT 30

Log Out | Help | Security Center                    Search

**PayPal**

My Account | Send Money | Request Money | Merchant Services | Products & Services | Community
Overview   Add Funds   Withdraw   History   Resolution Center   Profile

## Transaction Details

eBay Payment Sent (Unique Transaction ID #8CK3276113431402B)

**Business Contact Information**

Customer Service URL: http://www.hardarcade.com
Customer Service Email: admin@hardarcade.com

Total Amount: -$97.00 USD
Fee Amount: $0.00 USD
Net Amount: -$97.00 USD
Date: Feb 14, 2010
Time: 22:34:00 PST
Status: Completed

| Item # | Item Title | Qty | Price | Subtotal |
|--------|-----------|-----|-------|----------|
| 140383382513 | P90X Extreme Home Fitness 13 DVD Set | 1 | $90.00 USD | $90.00 USD |

Shipping & Handling via USPS Priority Mail    $7.00 USD
(includes any seller handling fees)

Shipping Insurance    --

Total    $97.00 USD

Shipping Address: chris johnson
6355 Topanga Canyon Blvd
Ste 115
Woodland Hills, CA 91367
United States
Confirmed

Payment To: New Extreme PC   (The recipient of this payment is Verified)
Seller's ID: newxpc
Seller's Email: sedy1074@gmail.com

Funding Type: Instant Transfer
Funding Source: $97.00 USD - wamu Checking (Confirmed) x-2463
Back Up Funding Source: MasterCard XXXX-XXXX-XXXX-2017

**Original Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Feb 14, 2010 | Payment To New Extreme PC | Completed | | -$97.00 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Feb 14, 2010 | Add Funds from a Bank Account | Completed | Details | $97.00 USD |

Need help? If you have problems with a transaction or would like assistance settling a dispute with your seller, visit the Resolution Center. PayPal strongly recommends attempting to resolve this issue directly with the merchant or seller whenever possible.

Description: New Extreme PC

Return to My Account

About Us   Contact Us   Legal Agreements   Privacy   Fees   Site Feedback  H

Information about FDIC pass through insurance

# EXHIBIT 31



EXHIBIT 32



# EXHIBIT 33



# EXHIBIT 34



**PayPal**

My Account | Send Money | Request Money | Merchant Services | Products & Services | Community

Overview    Add Funds    Withdraw    History    Resolution Center    Profile

## Transaction Details

eBay Payment Sent (Unique Transaction ID #21G33857T91053423)

**Business Contact Information**

Customer Service URL: http://hotmovessonet.com
Customer Service Email: hotmoves.depot@yahoo.com

Total Amount: -$93.41 USD
Fee amount: $0.00 USD
Net amount: -$93.41 USD
Date: Apr 6, 2010
Time: 23:31:31 PDT
Status: Completed

| Item # | Item Title | Qty | Price | Subtotal |
|---|---|---|---|---|
| 200458805771 | P90X Extreme Home Fitness Workout Program - 13 DVDs | 1 | $85.50 USD | $85.50 USD |

Shipping & Handling via USPS Parcel Post (includes any seller handling fees): --
Shipping Insurance: --
Sales Tax (9.250% in CA): $7.91 USD

Total: $93.41 USD

Shipping Address: christine johnson
6355 Topanga Canyon Blvd
Ste 115
Woodland Hills, CA 91367
United States
Confirmed ✓

Payment To: superior intl trading corp   (The recipient of this payment is Verified)
Seller's ID: jimlist
Seller's Email: jimlist@gmail.com

Funding Type: Instant Transfer
Funding Source: $93.41 USD - wamu Checking (Confirmed) x-2463
Back Up Funding Source: MasterCard Card XXXX-XXXX-XXXX-2017

**Original Transaction**

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Apr 6, 2010 | Payment To superior intl trading corp | Completed | | -$93.41 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Apr 6, 2010 | Add Funds from a Bank Account | Completed | Details | $93.41 USD |

Need help? If you have problems with a transaction or would like assistance settling a dispute with your seller, visit the Resolution Center. PayPal strongly recommends attempting to resolve this issue directly with the merchant or seller whenever possible.

Description: superior intl trading corp

[ Return to My Account ]

# EXHIBIT 35



**PayPal**

Log Out | Help | Security Center          Search

My Account | Send Money | Request Money | Merchant Services | Products & Services | Community

Overview   Add Funds   Withdraw   History   Resolution Center   Profile

## Transaction Details

eBay Payment Sent (Unique Transaction ID #1AC53133BY430754S)

Total Amount: -$95.99 USD
Fee amount: $0.00 USD
Net amount: -$95.99 USD
Date: Apr 30, 2010
Time: 21:13:02 PDT
Status: Completed

| Item # | Item Title | Qty | Price | Subtotal |
|---|---|---|---|---|
| 220598277348 | INSANITY WORKOUT VIDEOS - NEW !!! BOX - FACTORY SEALED!!! | 1 | $95.99 USD | $95.99 USD |

Shipping & Handling via Standard Delivery
(includes any seller handling fees) –
Shipping Insurance –

Total: $95.99 USD

Shipping Address: christine johnson
6355 Topanga Canyon Blvd
Ste 115
Woodland Hills  CA 91367
United States
Confirmed ☑

Payment To: Jessica Moeller   (The recipient of this payment is Verified)
Seller's ID: bligmoe
Seller's Email: Bligmoe@yahoo.com

Funding Type: Instant Transfer
Funding Source: $95.99 USD - wamu Checking (Confirmed) x-2463
Back Up Funding Source: Visa Card XXXX-XXXX-XXXX-2250

Tracking Number: 03100480000106951196 ☑
Carrier: USPS
Order Status: Shipped (May 3, 2010)

### Original Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Apr 30, 2010 | Payment To Jessica Moeller | Completed | | -$95.99 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Apr 30, 2010 | Add Funds from a Bank Account | Completed | Details | $95.99 USD |

Need help? If you have problems with a transaction or would like assistance settling a dispute with your seller,
visit the Resolution Center. PayPal strongly recommends attempting to resolve this issue directly with the
merchant or seller whenever possible.

Description: Jessica Moeller

[ Return to My Account ]

About Us   Contact Us   Legal Agreements   Privacy   Fees   Site Feedback   (-)

Information about FDIC pass-through insurance

EXHIBIT 36



**PayPal**

Log Out | Help | Security Center          Search

My Account | Send Money | Request Money | Merchant Services | Products & Services | Community

Overview   Add Funds   Withdraw   History   Resolution Center   Profile

## Transaction Details

eBay Payment Sent (Unique Transaction ID #9TB90301D81929416)

**Business Contact Information:**

Customer Service URL: http://www.commercialbar.com
Customer Service Email: orders@commercialbar.com
Customer Service Phone: 626-321-3329

Total Amount: -$65.50 USD
Fee amount: $0.00 USD
Net amount: -$65.50 USD
Date: Jul 7, 2010
Time: 22:20:48 PDT
Status: Completed

| Item # | Item Title | Qty | Price | Subtotal |
|--------|------------|-----|-------|----------|
| 220833563145 | Beachbody Leandro Carvalho Brazil Butt Lift | 1 | $59.95 USD | $59.95 USD |

Shipping & Handling via Standard Delivery
(includes any seller handling fees)                   --
Shipping Insurance :                                  --
Sales Tax (9.250% in CA):                        $5.55 USD

Total:          $65.50 USD

Shipping Address: Juan Dough
8355 Topanga Canyon Blvd
Ste 115
Woodland Hills, CA 91367-2129
United States

Payment To: Commercial Labrat, LLC.   (The recipient of this payment is Verified)
Seller's ID: webgeon
Seller's Email: lllistings@gmail.com

Funding Type: Instant Transfer
Funding Source: $65.50 USD - Chase Checking (Confirmed) x-2785
Back Up Funding Source: Visa Card XXXX-XXXX-XXXX-9088

**Shipment Information**

Shipping Status: Shipped
Reference Number: U.S. Postal Service 9101150134711245080741 Learn More

Service Type: Priority Mail® (2-3 days)
Package Size: Package/Thick Envelope
Dimensions: 11 X 8 X 1 in
Mailing Date: Jul 8, 2010
Signature Confirmation: No
Display Postage Value on Label: No
Shipping Insurance: No

Ship From: Commercial Labrat, LLC.
201 W. Garvey Ave
Unit #102,505
Monterey Park, CA 91754
United States

Ship To: Juan Dough
8355 Topanga Canyon Blvd
Ste 115
Woodland Hills, CA 91367-2129
United States
Confirmed Residential address

**Original Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jul 7, 2010 | Payment To Commercial Labrat, LLC | Completed | -- | -$65.50 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jul 7, 2010 | Add Funds from a Bank Account | Completed | Details | $66.50 USD |

If there's a problem with this transaction, you can attempt to resolve it directly with the seller by reporting it in the Resolution Center within 45 days of this transaction

Description: Commercial Labrat, LLC.

[ Return to My Account ]

Information about FDIC pass-through insurance

EXHIBIT 37

**PayPal**

My Account | Send Money | Request Money | Merchant Services | Auction Services | Community

Overview   Add Funds   Withdraw   History   Resolution Center   Profile

## Transaction Details

eBay Payment Sent (Unique Transaction ID #3MF485710Y540702R)

Total Amount: -$69.95 USD
Fee amount: $0.00 USD
Net amount: -$69.95 USD
Date: Jul 13, 2010
Time: 11:58:53 PDT
Status: Completed

| Item # | Item Title | Qty | Price | Subtotal |
|--------|-----------|-----|-------|----------|
| 250664371178 | P90X Extreme Home Fitness 13 Workout DVDs (Item # Seller) | 1 | $69.95 USD | $69.95 USD |

Shipping & Handling via USPS Priority Mail — 
(includes any seller handling fees)
Shipping Insurance . . —
Total: $69.95 USD

Shipping Address: Juan Dough
23670 Calabasas Rd
Apt 750
Calabasas, CA 91302-1502
United States

Payment To: sam chol   (The recipient of this payment is Verified)
Seller's ID: cbelectronics
Seller's Email: eastseabass115@hotmail.com

Funding Type: Instant Transfer
Funding Source: $69.95 USD - Chase Checking (Confirmed) x-3785
Back Up Funding Source: Visa Card XXXX-XXXX-XXXX-9058

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jul 13, 2010 | Payment To sam chol | Completed | | -$20.05 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jul 13, 2010 | Add Funds from a Bank Account | Completed | Details | $30.95 USD |

If there's a problem with this transaction, you can attempt to resolve it directly with the seller by reporting it in the Resolution Center within 45 days of the transaction.

Description: sam chol

Return to My Account

# EXHIBIT 38

**PayPal**

Log Out | Help | Security Center

Search

My Account | Send Money | Request Money | Merchant Services | Auction Services | Community

Overview   Add Funds   Withdraw   History   Resolution Center   Profile

### Transaction Details

eBay Payment Sent (Unique Transaction ID #6BG26445RP63461SF)

Total Amount: -$79.95 USD
Fee Amount: $0.00 USD
Net Amount: -$79.95 USD
Date: Jul 13, 2010
Time: 11:16:38 PDT
Status: Completed

| Item # | Item Title | Qty | Price | Subtotal |
|--------|-----------|-----|-------|----------|
| 330556878507 | MBW P90X Extreme Home Fitness 13 DVD Set NEW Brandon | 1 | $79.95 USD | $79.95 USD |

Shipping & Handling via USPS Priority Mail
(includes any seller handling fees)   —
Shipping Insurance   —

Total: $79.95 USD

Shipping Address: Juan Dough
23679 Calabasas Rd
Apt 758
Calabasas, CA 91302-1502
United States

Payment To: Brandyn Thompson   (The recipient of this payment is Verified)
Seller's ID: fitbrandynidz
Seller's Email: bfrandyn31890@gmail.com

Funding Type: Credit Card
Funding Source: $79.95 USD - Visa Card XXXXXXXXXXXX5550

This credit card transaction will appear on your bill as "PAYPAL *BRANDYN731F"

Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jul 13, 2010 | Payment To Brandyn Thompson | Completed | — | -$79.95 USD |

Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jul 13, 2010 | Charge From Credit Card | Completed | Details | $79.95 USD |

If there's a problem with this transaction, you can attempt to resolve it directly with the seller by reporting it in the Resolution Center within 45 days of the transaction.

Description: Brandyn Thompson

[ Return to My Account ]

About Us | Contact Us | Legal Agreements | Privacy | Fees | Site Feedback | ↓

Information about FDIC pass-through insurance

# EXHIBIT 39



**PayPal**

Log Out | Help | Security Center                Search

My Account | Send Money | Request Money | Merchant Services | Products & Services | Community

Overview   Add Funds   Withdraw   History   Resolution Center   Profile

## Transaction Details

eBay Payment Sent (Unique Transaction ID #4CH72516C67818547)

**Business Contact Information**

Customer Service Email: william@wmjenterprises.com
Customer Service Phone: 323-319-4805

Total Amount: -$76.77 USD
Fee amount: $0.00 USD
Net amount: -$76.77 USD
Date: Jul 20, 2010
Time: 09:18:47 PDT
Status: Completed

| Item # | Item Title | Qty | Price | Subtotal |
|---|---|---|---|---|
| 170516190973 | P90X Extreme Home Fitness w/13 DVDs and All Booklets | 1 | $69.95 USD | $69.95 USD |

| | | |
|---|---|---|
| Shipping & Handling via Standard Delivery (includes any seller handling fees): | | -- |
| Shipping Insurance | | -- |
| Sales Tax (9.750% in CA): | | $6.82 USD |
| Total: | | $76.77 USD |

Shipping Address: Juan Dough
23679 Calabasas Rd
Apt 758
Calabasas, CA 91302-1502
United States

Payment To: Wm Joiner Enterprises   (The recipient of this payment is Verified)
Seller's ID: wmjenterprises
Seller's Email: william@wmjenterprises.com

Funding Type: Instant Transfer
Funding Source: $76.77 USD - Chase Checking (Confirmed) x-2785
Back Up Funding Source: Visa Card XXXX-XXXX-XXXX-9066

**Original Transaction**

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Jul 20, 2010 | Payment To Wm Joiner Enterprises | Completed | | -$76.77 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Jul 20, 2010 | Add Funds from a Bank Account | Completed | Details | $76.77 USD |

If there's a problem with this transaction, you can attempt to resolve it directly with the seller by reporting it in the Resolution Centre within 45 days of the transaction.

Description: Wm Joiner Enterprises

Return to My Account

About Us | Contact Us | Legal Agreements | Privacy | Fees | Site Feedback | ►|

Information about FDIC pass-through insurance

# EXHIBIT 40



**PayPal**

My Account | Send Money | Request Money | Merchant Services | Products & Services | Community

Overview   Add Funds   Withdraw   History   Resolution Center   Profile

## Transaction Details

eBay Payment Sent (Unique Transaction ID #3ES928698U9799004)

Total Amount: -$85.00 USD
Fee amount: $0.00 USD
Net amount: -$85.00 USD
Date: Aug 4, 2010
Time: 14:48:54 PDT
Status: Completed

| Item # | Item Title | Qty | Price | Subtotal |
|--------|-----------|-----|-------|----------|
| 120604481759 | Insanity 60 day workout | 1 | $85.00 USD | $85.00 USD |

| | |
|---|---|
| Shipping & Handling via Other (see description) (includes any seller handling fees) | – |
| Shipping Insurance | – |
| Total: | $85.00 USD |

Shipping Address: Juan Dough
23579 Calabasas Rd
Apt 750
Calabasas, CA 91302-1502
United States

Payment To: orlando morales   (The recipient of this payment is Verified)
Seller's ID: omorales43
Seller's Email: morales_j_orlando@yahoo.com

Funding Type: Instant Transfer
Funding Source: $85.00 USD - Chase Checking (Confirmed) x-2785
Back Up Funding Source: Visa Card XXXX-XXXX-XXXX-9066

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Aug 4, 2010 | Payment To orlando morales | Completed | | -$85.00 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Aug 4, 2010 | Add Funds from a Bank Account | Completed | Details | $85.00 USD |

If there's a problem with this transaction, you can attempt to resolve it directly with the seller by reporting it in the Resolution Centre within 45 days of the transaction.

Description: orlando morales

Return to My Account

About Us   Contact Us   Legal Agreements   Privacy   Fees   Site Feedback  ⊞

Information about FDIC pass-through insurance

EXHIBIT 41



Log Out | Help | Security Center                    Search

# PayPal

| My Account | Send Money | Request Money | Merchant Services | Products & Services | Community |

Overview   Add Funds   Withdraw   History   Resolution Center   Profile

## Transaction Details

eBay Payment Sent (Unique Transaction ID #15V063177R198603Y)

Total Amount: -$81.00 USD
Fee amount: $0.00 USD
Net amount: -$81.00 USD
Date: Aug 7, 2010
Time: 17:58:14 PDT
Status: Completed

| Item # | Item Title | Qty | Price | Subtotal |
|--------|-----------|-----|-------|----------|
| 330506518169 | Insanity DVD Shaun T 60 Day Workout 13 Disc BeachBody | 1 | $71.00 USD | $71.00 USD |

Shipping & Handling via USPS Priority Mail    $10.00 USD
(includes any seller handling fees)

Shipping Insurance    --

Total:    $81.00 USD

Shipping Address: Juan Dough
22579 Calabasas Rd
Apt 759
Calabasas, CA 91302-1502
United States

Payment To: Richard Bao   (The recipient of this payment is Verified)
Seller's ID: bensfilshow
Seller's Email: richbao@gmail.com

Funding Type: Instant Transfer
Funding Source: $81.00 USD - Chase Checking (Confirmed) x-2785
Back Up Funding Source: Visa Card XXXX-XXXX-XXXX-9065

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Aug 7, 2010 | Payment To Richard Bao | Completed | | -$81.00 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Aug 7, 2010 | Add Funds from a Bank Account | Completed | Details | $81.00 USD |

If there's a problem with this transaction, you can attempt to resolve it directly with the seller by reporting it in the Resolution Centre within 45 days of the transaction.

Description: Richard Bao

Return to My Account

About Us   Contact Us   Legal Agreements   Privacy   Fees   Site Feedback   [+]

Information about FDIC pass-through insurance

EXHIBIT 42



**PayPal**

Log Out | Help | Security Center                    Search

My Account | Send Money | Request Money | Merchant Services | Products & Services | Community

Overview   Add Funds   Withdraw   History   Resolution Center   Profile

## Transaction Details

**eBay Payment Sent (Unique Transaction ID #2GX79345XK987384X)**

Total Amount: -$83.98 USD
Fee amount: $0.00 USD
Net amount: -$83.98 USD
Date: Aug 25, 2010
Time: 17:33:55 PDT
Status: Completed

| Item # | Item Title | Qty | Price | Subtotal |
|---|---|---|---|---|
| 150484873218 | P90x Extreme Home Fitness Workout 13dvd set | 1 | $74.99 USD | $74.99 USD |

| | | | | |
|---|---|---|---|---|
| | Shipping & Handling via USPS Priority Mail (includes any seller handling fees) | | | $8.99 USD |
| | Shipping Insurance | | | -- |
| | | | Total: | $83.98 USD |

Shipping Address: Juan Dough
22679 Calabasas Rd
Apt 7EB
Calabasas, CA 91302-1502
United States

Payment To: Nick Lin   (The recipient of this payment is Verified)
Seller's ID: ezshopforless
Seller's Email: lazybones_niko@hotmail.com

Funding Type: Instant Transfer
Funding Source: $83.98 USD - Chase Checking (Confirmed) x-2765
Back Up Funding Source: Visa Card XXXX-XXXX-XXXX-8986

**Original Transaction**

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Aug 25, 2010 | Payment To Nick Lin | Completed | | -$83.98 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Aug 25, 2010 | Add Funds from a Bank Account | Completed | Details | $83.98 USD |

If there's a problem with this transaction, you can attempt to resolve it directly with the seller by reporting it in the Resolution Center within 45 days of the transaction.

Description: Nick Lin

Return to My Account

About Us | Contact Us | Legal Agreements | Privacy | Fees | Site Feedback |

Information about FDIC pass-through insurance

EXHIBIT 43



**PayPal**

My Account   Send Money   Request Money   Merchant Services   Products & Services   Community

Overview   Add Funds   Withdraw   History   Resolution Center   Profile

## Transaction Details

eBay Payment Sent (Unique Transaction ID #3W39521ME879524V)

**Business Contact Information**

Customer Service Email: ebayauctionspayment@gmail.com
Customer Service Phone: 818-926-4101

Total Amount: -$42.00 USD
Fee amount: $0.00 USD
Net amount: -$42.00 USD
Date: Sep 9, 2010
Time: 07:48:03 PDT
Status: Completed

| Item # | Item Title | Qty | Price | Subtotal |
|---|---|---|---|---|
| 160477320713 | BR42IL BUTT LIFT WORKOUT DVD SET BR4IID NEW FREE SS/HM | 1 | $42.00 USD | $42.00 USD |

Shipping & Handling via Standard Delivery --
(includes any seller handling fees)

Shipping Insurance --

Total: $42.00 USD

Shipping Address: Annie Garib
23679 Calabasas Rd
Apt 758
Calabasas, CA 91302-1592
United States

Payment To: K&J IMPORT   (The recipient of this payment is Verified)
Seller's ID: 1webdealz
Seller's Email: ebayauctionspayment@gmail.com

Funding Type: Instant Transfer
Funding Source: $42.00 USD - Chase Checking (Confirmed) x-2785
Back Up Funding Source: Visa Card XXXX-XXXX-XXXX-9066

**Original Transaction**

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Sep 9, 2010 | Payment To K&J IMPORT | Completed | | -$42.00 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Sep 9, 2010 | Add Funds from a Bank Account | Completed | Details | $42.00 USD |

If there is a problem with this transaction, you can attempt to resolve it directly with the seller by reporting it in the Resolution Centre within 45 days of the transaction.

Description: K&J IMPORT

Return to My Account

EXHIBIT 44

**PayPal**

My Account | Send Money | Request Money | Merchant Services | Products & Services | Community

Overview   Add Funds   Withdraw   History   Resolution Center   Profile

## Transaction Details

eBay Payment Sent (Unique Transaction ID #13D400727S4161795)

Total Amount: -$105.00 USD
Fee amount: $0.00 USD
Net amount: -$105.00 USD
Date: Sep 16, 2010
Time: 10:23:41 PDT
Status: Completed

| Item # | Item Title | Qty | Price | Subtotal |
|---|---|---|---|---|
| 290476366058 | P90X Extreme Home Fitness 13 DVD Set New in Sealed Box | 1 | $105.00 USD | $105.00 USD |

| | | |
|---|---|---|
| Shipping & Handling via Other (see description) (includes any seller handling fees) | | — |
| Shipping Insurance | | — |
| Total: | | $105.00 USD |

Shipping Address: Annie Ganb
23679 Calabasas Rd
Apt 759
Calabasas, CA 91302-1502
United States

Payment To: Ofer Sechana   (The recipient of this payment is Verified)
Seller's ID: digital-e-zone
Seller's Email: digitalworld3@gmail.com

Funding Type: Instant Transfer
Funding Source: $105.00 USD - Chase Checking (Confirmed) x-2795
Back Up Funding Source: Visa Card XXXX-XXXX-XXXX-9066

### Original Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Sep 16, 2010 | Payment To Ofer Sechana | Completed | | -$105.00 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Sep 16, 2010 | Add Funds from a Bank Account | Completed | Details | $105.00 USD |

If there's a problem with this transaction, you can attempt to resolve it directly with the seller by reporting it in the Resolution Centre within 45 days of the transaction.

Description: Ofer Sechana

Return to My Account

About Us | Contact Us | Legal Agreements | Privacy | Fees | Site Feedback | ⊟

Information about FDIC pass-through insurance

EXHIBIT 45



**PayPal**

Log Out | Help | Security Center                    Search

My Account | Send Money | Request Money | Merchant Services | Products & Services | Community

Overview   Add Funds   Withdraw   History   Resolution Center   Profile

## Transaction Details

eBay Payment Sent (Unique Transaction ID #2B595199KP893502C)

**Business Contact Information**

Customer Service URL: http://www.motogrip.net
Customer Service Email: MOTOGRIPCO@AOL.COM
Customer Service Phone: 805-551-9880

Total Amount: -$109.92 USD
Fee amount: $0.00 USD
Net amount: -$109.92 USD
Date: Sep 24, 2010
Time: 10:42:05 PDT
Status: Completed

| Item # | Item Title | Qty | Price | Subtotal |
|--------|-----------|-----|-------|----------|
| 290479284676 | P90X Extreme Home Fitness Complete Set Guides Calendar | 1 | $96.00 USD | $96.00 USD |

Shipping & Handling via USPS First Class Mail    $6.00 USD
(includes any seller handling fees)

Shipping Insurance    --

Sales Tax (8.250% in CA)    $7.92 USD

Total:    $109.92 USD

Shipping Address: Annie Ganb
23679 Calabasas Rd
Apt 759
Calabasas, CA 91302-1502
United States

Payment To: MOTO-GRIP   (The recipient of this payment is Verified)
Seller's ID: customcravings
Seller's Email: customcraving@gmail.com

Funding Type: Instant Transfer
Funding Source: $109.92 USD - Chase Checking (Confirmed) x-2785
Back Up Funding Source: Visa Card XXXX-XXXX-XXXX-9066

**Original Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Sep 24, 2010 | Payment To MOTO-GRP | Completed | | -$109.92 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Sep 24, 2010 | Add Funds from a Bank Account | Completed | Details | $109.92 USD |

If there's a problem with this transaction, you can attempt to resolve it directly with the seller by reporting it in the Resolution Centre within 45 days of the transaction

Description: P90X Extreme Home Fitness Complete Set Guides Calendar

Return to My Account

EXHIBIT 46



**PayPal**

Log Out | Help | Security Center | Search

My Account | Send Money | Request Money | Merchant Services | Products & Services | Community

Overview  Add Funds  Withdraw  History  Resolution Center  Profile

## Transaction Details

eBay Payment Sent (Unique Transaction ID #98M94382FN224582X)

| | |
|---|---|
| Total Amount: | -$88.98 USD |
| Fee amount: | $0.00 USD |
| Net amount: | -$88.98 USD |
| Date: | Sep 24, 2010 |
| Time: | 10:42:08 PDT |
| Status: | Completed |

| Item # | Item Title | Qty | Price | Subtotal |
|---|---|---|---|---|
| 350307338986 | Brand New *P* 90*X* Extreme Home Fitness 13 DVDs Sealed | 1 | $77.99 USD | $77.99 USD |

| | | |
|---|---|---|
| | Shipping & Handling via Standard Delivery (includes any seller handling fees): | $10.99 USD |
| | Shipping Insurance : | -- |
| | Total: | $88.98 USD |

Shipping Address: Annie Garib
23679 Calabasas Rd
Apt 758
Calabasas, CA 91302-1502
United States
Unconfirmed ?

Payment To: Kenjerquin Huntsman   (The recipient of this payment is Verified)
Seller's ID: video_gamz
Seller's Email: Kenjerquin04@aol.com

Funding Type: Instant Transfer
Funding Source: $88.98 USD - Chase Checking (Confirmed) x-2785
Back Up Funding Source: Visa Card XXXX-XXXX-XXXX-9066

### Original Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Sep 24, 2010 | Payment To Kenjerquin Huntsman | Completed | -- | -$88.98 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Sep 24, 2010 | Add Funds from a Bank Account | Completed | Details | $88.98 USD |

If there's a problem with this transaction, you can attempt to resolve it directly with the seller by reporting it in the Resolution Centre within 45 days of the transaction.

Description: Brand New *P* 90*X* Extreme Home Fitness 13 DVDs Sealed

Return to My Account

About Us | Contact Us | Legal Agreements | Privacy | Fees | Site Feedback  ⊢

Copyright © 1999-2010 PayPal. All rights reserved.
Information about FDIC pass-through insurance.

EXHIBIT 47



My Account   Send Money   Request Money   Merchant Services   Products & Services   Community
Overview   Add Funds   Withdraw   History   Resolution Center   Profile

## Transaction Details

eBay Payment Sent (Unique Transaction ID #47Y37915KP4425131)

**Business Contact Information**

Customer Service URL: http://www.toysstreetonline.com
Customer Service Email: toysstreet@sbcglobal.net
Customer Service Phone: 714-972-1615

Total Amount: -$41.23 USD
Fee amount: $0.00 USD
Net amount: -$41.23 USD
Date: Oct 2, 2010
Time: 10:11:40 PDT
Status: Completed

| Item # | Item Title | Qty | Price | Subtotal |
|---|---|---|---|---|
| 280569677571 | Leandro Carvalho's Brazil Butt Lift Workout DVD | 1 | $35.00 USD | $35.00 USD |

| | | | |
|---|---|---|---|
| | Shipping & Handling via USPS Media Mail (includes any seller handling fees) | | $2.99 USD |
| | Shipping Insurance | | – |
| | Sales Tax (9.250% in CA) | | $3.24 USD |
| | | Total: | $41.23 USD |

Shipping Address: Annie Ganb
23679 Calabasas Rd
Apt 759
Calabasas, CA 91302-1502
United States

Payment To: Toys Street On-line   (The recipient of this payment is Verified)
Seller's ID: tj_thank_you
Seller's Email: toysst@hotmail.com

Funding Type: Instant Transfer
Funding Source: $41.23 USD - Chase Checking (Confirmed) x-2785
Back Up Funding Source: Visa Card XXXX-XXXX-XXXX-9066

Tracking Number: 9102128882300355880393
Carrier: USPS
Order Status: In Process (Oct 3, 2010)

### Original Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Oct 2, 2010 | Payment To Toys Street On-line | Completed | | -$41.23 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Oct 2, 2010 | Add Funds from a Bank Account | Completed | Details | $41.23 USD |

If there's a problem with this transaction, you can attempt to resolve it directly with the seller by reporting it in the Resolution Center within 45 days of the transaction.

Description: Leandro Carvalho's Brazil Butt Lift Workout DVD

Return to My Account

# EXHIBIT 48



**PayPal**

My Account | Send Money | Request Money | Merchant Services | Products & Services | Community

Overview   Add Funds   Withdraw   History   Resolution Center   Profile

## Transaction Details

eBay Payment Sent (Unique Transaction ID #64T79843BG03467AA)

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Oct 6, 2010 | Payment To Cooldeals 365 inc | Completed | | -$49.95 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Oct 6, 2010 | Add Funds from a Bank Account | Completed | Detail | $49.95 USD |

**Business Contact Information**

Customer Service Email: cooldeals365@yahoo.com

Total Amount: -$49.95 USD
Fee amount: $0.00 USD
Net amount: -$49.95 USD
Date: Oct 6, 2010
Time: 22:24:50 PDT
Status: Completed

| Item # | Item Title | Qty | Price | Subtotal |
|--------|-----------|-----|-------|----------|
| 180571227601 | P90X EXTREME HOME FITNESS 12 WORKOUT DVD SET | 1 | $45.00 USD | $45.00 USD |

| | | Shipping & Handling via USPS Priority Mail (includes any seller handling fees) | $4.95 USD |
| | | Shipping Insurance | -- |
| | | Total: | $49.95 USD |

Shipping Address: Annie Ganb
23679 Calabasas Rd
Apt 788
Calabasas, CA 91302-1502
United States

Payment To: Cooldeals 365 inc  (The recipient of this payment is Verified)
Seller's ID: bob.planeu
Seller's Email: bob.planeusa@gmail.com

Funding Type: Instant Transfer
Funding Source: $49.95 USD - Chase Checking (Confirmed) x-2785
Back Up Funding Source: Visa Card XXXX-XXXX-XXXX-0086

### Shipment Information

Shipping Status: Shipped
Reference Number: U.S. Postal Service 910157808140160487720261 Learn More

Service Type: Priority Mail® (2-3 days)
Package Size: Small Flat Rate Box
Mailing Date: Oct 7, 2010
Signature Confirmation: No
Display Postage Value on Label: No
Shipping Insurance: No

Ship From: Cooldeals 365 inc
407 West Imperial Hwy
Suite H-183
Brea, CA 92821
United States

Ship To: Annie Ganb
23679 Calabasas Rd
Apt 788
Calabasas, CA 91302-1502
United States
Confirmed Residential address

Need help? If you have problems with an eBay transaction or want help setting a dispute with an eBay seller go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues directly with the seller whenever possible.

Description: Cooldeals 365 inc

[ Return to My Account ]

Log Out | Help | Security Center                    Search

My Account | Send Money | Request Money | Merchant Services | Products & Services | Community
Overview   Add Funds   Withdraw   History   Resolution Center   Profile

## Transaction Details

eBay Payment Sent (Unique Transaction ID #1AP39567LD108045K)

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Oct 9, 2010 | Payment To Cooldeals 365 Inc | Completed | ... | -$65.00 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Oct 9, 2010 | Add Funds from a Bank Account | Completed | Details | $16.75 USD |

**Business Contact Information**

Customer Service Email: cooldeals365@yahoo.com

Total Amount: -$65.00 USD
Fee amount: $0.00 USD
Net amount: -$65.00 USD
Date: Oct 9, 2010
Time: 09:41:39 PDT
Status: Completed

| Item # | Item Title | Qty | Price | Subtotal |
|--------|-----------|-----|-------|----------|
| 120442092339 | P90X EXTREME HOME FITNESS 13 DVD SET | 1 | $65.00 USD | $65.00 USD |

Shipping & Handling via USPS Media Mail
(includes any seller handling fees):                   --

Shipping Insurance:                   --

Total: $65.00 USD

Shipping Address: Annie Garib
23679 Calabasas Rd
Apt 758
Calabasas, CA 91302-1502
United States
Confirmed ▣

Payment To: Cooldeals 365 Inc   (The recipient of this payment is Verified)
Seller's ID: cooldeals365
Seller's Email: cooldeals365@yahoo.com

Funding Type: PayPal Funds and Instant Transfer
Funding Source: $48.25 USD - PayPal Account
$16.75 USD - Chase Checking (Confirmed) x-2785
Back Up Funding Source: Visa Card XXXX-XXXX-XXXX-9065

### Shipment Information

Shipping Status: Shipped
Reference Number: U.S. Postal Service 9102785091401688345685 Learn More

Service Type: Media Mail® (2-9 days)
Package Size: Package/Thick Envelope
Mailing Date: Oct 9, 2010
Signature Confirmation: No
Display Postage Value on Label: No
Shipping Insurance: No

Ship From: Cooldeals 365 Inc
407 West Imperial Hwy
Suite H-183
Brea, CA 92821
United States

Ship To: Annie Garib
23679 Calabasas Rd
Apt 758
Calabasas, CA 91302-1502
United States
Confirmed Residential address ▣

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller,
go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues
directly with the seller whenever possible.

Description: Cooldeals 365 Inc

Return to My Account

About Us | Contact Us | Legal Agreements | Privacy | Fees | Site Feedback [+]

Copyright © 1999-2011 PayPal. All rights reserved.
Information about FDIC pass-through insurance

EXHIBIT 49

**PayPal**

Log Out | Help | Security Center                Search

| My Account | Send Money | Request Money | Merchant Services | Products & Services | Community |

Overview   Add Funds   Withdraw   History   Resolution Center   Profile

## Transaction Details

**eBay Payment Sent (Unique Transaction ID #1P77672 KVI3859425)**

Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Oct 14, 2010 | Payment To Draica Partners LLC | Completed | | -$33.00 USD |

Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Oct 14, 2010 | Add Funds from a Bank Account | Completed | Details | $33.00 USD |

**Business Contact Information**

Customer Service Email: idraica@gmail.com
Customer Service Phone: 213-816-2944

Total Amount: -$33.00 USD
Fee amount: $0.00 USD
Net amount: -$33.00 USD
Date: Oct 14, 2010
Time: 21.15.46 PDT
Status: Completed

| Item # | Item Title | Qty | Price | Subtotal |
|--------|-----------|-----|-------|----------|
| 200575162802 | BRAZIL BUTT LIFT WORKOUT DVD BRAND NEW FREE SHIPPING! | 1 | $33.00 USD | $33.00 USD |

Shipping & Handling via Standard Delivery
(includes any seller handling fees) --

Shipping Insurance --

Total: $33.00 USD

Shipping Address: Annie Oarib
23678 Calabasas Rd
Apt 758
Calabasas, CA 91302-1592
United States

Payment To: Draica Partners LLC   (The recipient of this payment is Verified)
Seller's ID: rock-bottom-dealz
Seller's Email: rockbottomdealz@gmail.com

Funding Type: Instant Transfer
Funding Source: $33.00 USD - Chase Checking (Confirmed) x-2785
Back Up Funding Source: Visa Card XXXXXXXXXXXXX9966

Tracking Number: 420913029102149008690027154645J
Carrier: USPS
Order Status: Shipped (Oct 15, 2010)

Need help? If you have problems with an eBay transaction or want help setting a dispute with an eBay seller,
go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues
directly with the seller whenever possible.

Description: Draica Partners LLC

Return to My Account

EXHIBIT 50

**PayPal**

Log Out | Help | Security Center          Search

My Account | Send Money | Request Money | Merchant Services | Products & Services | Community

Overview   Add Funds   Withdraw   History   Resolution Center   Profile

## Transaction Details

**eBay Payment Sent** (Unique Transaction ID #1A0060020A217561?)

**Original Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Oct 14, 2010 | Payment To Egor Uliano | Completed | | -$45.00 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Oct 14, 2010 | Add Funds from a Bank Account | Completed | Details | $45.00 USD |

Total Amount: -$45.00 USD
Fee amount: $0.00 USD
Net amount: -$45.00 USD
Date: Oct 14, 2010
Time: 21:15:43 PDT
Status: Completed

| Item # | Item Title | Qty | Price | Subtotal |
|--------|-----------|-----|-------|----------|
| 130443780489 | LEANDRO CARVALHOS BRAZIL BUTT LIFT BRASIL DVD BUM BUT | 1 | $41.00 USD | $41.00 USD |

Shipping & Handling via USPS Media Mail (includes any seller handling fees)    --
Shipping Insurance    --
Sales Tax (9.750% in CA)    $4.00 USD
Total:    $45.00 USD

Shipping Address: Annie Oanb
23679 Calabasas Rd
Apt 750
Calabasas, CA 91302-1502
United States

Payment To: Egor Ulianoe   (The recipient of this payment is Verified)
Seller's ID: novaka
Seller's Email: nevaka80@hotmail.com

Funding Type: Instant Transfer
Funding Source: $45.00 USD - Chase Checking (Confirmed) x-2785
Back Up Funding Source: Visa Card XXXX-XXXX-XXXX-3066

Tracking Number: 01010050103060096849047

Carrier: USPS
Order Status: Shipped (Oct 15, 2010)

**Need help?** If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues directly with the seller whenever possible.

Description: Egor Ulianoe

Return to My Account

About Us  Contact Us  Legal Agreements  Privacy  Fees  Site Feedback  |+|

Information about FDIC pass-through insurance

EXHIBIT 51



**PayPal**

Log Out | Help | Security Center          Search

My Account | Send Money | Request Money | Merchant Services | Products & Services | Community

Overview   Add Funds   Withdraw   History   Resolution Center   Profile

### Transaction Details

**eBay Payment Sent** (Unique Transaction ID #1Y97S1407M4867610)

Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Oct 24, 2010 | Payment To alvard carkian | Completed | ... | -$49.00 USD |

Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Oct 24, 2010 | Add Funds from a Bank Account | Completed | Details | $49.00 USD |

Total Amount: -$49.00 USD
Fee amount: $0.00 USD
Net amount: -$49.00 USD
Date: Oct 24, 2010
Time: 22:12:26 PDT
Status: Completed

| Item# | Item Title | Qty | Price | Subtotal |
|-------|-----------|-----|-------|----------|
| 200524444277 | BRAZIL BUTT LIFT 3 DVD SET | 1 | $49.00 USD | $49.00 USD |

Shipping & Handling via Other (see description)   --
(Includes any seller handling fees)

Shipping Insurance   --

Total: $49.00 USD

Shipping Address: Annie Comb
23678 Calabassas Rd
Apt 256
Calabasas, CA 91302-1502
United States

Payment To: alvard carkian   (The recipient of this payment is Verified)
Seller's ID: edward3710
Seller's Email: alvkej07@yxebaro.net

Funding Type: Instant Transfer
Funding Source: $49.00 USD - Chase Checking (Confirmed) x-3706
Back Up Funding Source: Visa Card XXXX-XXXX-XXXX-8056

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller,
go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues
directly with the seller whenever possible.

Description: alvard carkian

[ Return to My Account ]

About Us | Contact Us | Legal Agreements | Privacy | Fees | Site Feedback | H

# EXHIBIT 52

**PayPal**

My Account | Send Money | Request Money | Merchant Services | Products & Services | Community

Overview   Add Funds   Withdraw   History   Resolution Center   Profile

## Transaction Details

eBay Payment Sent (Unique Transaction ID #9TH3941 26FC0086220)

**Original Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Oct 27, 2010 | Payment To yeghia Tchakmakian | Completed | | -$74.00 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Oct 27, 2010 | Add Funds from a Bank Account | Completed | Details | $74.00 USD |

Total Amount: -$74.00 USD
Fee amount: $0.00 USD
Net amount: -$74.00 USD
Date: Oct 27, 2010
Time: 17:45:22 PDT
Status: Completed

| Item # | Item Title | Qty | Price | Subtotal |
|--------|-----------|-----|-------|----------|
| 270565210267 | NEW 8 BOW EXTREME HOME FITNESS 13 DVDS FULL SET | 1 | $59.00 USD | $59.00 USD |

Shipping & Handling via Other (see description)
(includes any seller handling fees):  $15.00 USD

Shipping Insurance :  --

Total:  $74.00 USD

Shipping Address: Anria Gasp
23070 Calabasas Rd
Apt 258
Calabasas, CA 91302-1582
United States

Payment To: yeghia Tchakmakian   (The recipient of this payment is Verified)
Seller's ID: sxdad903
Seller's Email: yogsta@gmail.com

Funding Type: Instant Transfer
Funding Source: $74.00 USD - Chase Checking (Confirmed) x-2785
Back Up Funding Source: Visa Card XXXX-XXXX-XXXX-9286

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues directly with the seller whenever possible.

Description: yeghia Tchakmakian

[ Return to My Account ]

EXHIBIT 53

**PayPal**

Log Out | Help | Security and Protection

Search

My Account | Send Money | Request Money | Merchant Services | Products & Services | Community

Overview   Add Funds   Withdraw   History   Resolution Center   Profile

## Transaction Details

eBay Payment Sent (Unique Transaction ID #4EY173915B14992A)

**Original Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Nov 10, 2010 | Payment To nanette shrader | Completed | | -$57.00 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Nov 10, 2010 | Add Funds from a Bank Account | Completed | Details | $57.00 USD |

Total Amount: -$57.00 USD
Fee amount: $0.00 USD
Net amount: -$57.00 USD
Date: Nov 10, 2010
Time: 22:04:40 PST
Status: Completed

| Item # | Item Title | Qty | Price | Subtotal |
|--------|------------|-----|-------|----------|
| 180500783069 | BEACH BODY REV ABS 90 DAY AB SOLUTION 8 DVDS & BOOKLETS | 1 | $45.00 USD | $45.00 USD |

| | Shipping & Handling via USPS Priority Mail - Large Flat Rate (includes any seller handling fees): | | | $12.00 USD |
|--|--|--|--|--|
| | Shipping Insurance: | | | -- |
| | | | Total: | $57.00 USD |

Shipping Address: Annie Camb
23579 Calabasas Rd
Apt 750
Calabasas, CA 91302-1502
United States
Confirmed

Payment To: nanette shrader   (The recipient of this payment is Verified)
Seller's ID: nanette94493
Seller's Email: msshrader@earthlink.net

Funding Type: Instant Transfer
Funding Source: $57.00 USD - Chase Checking (Confirmed) x-3785
Back Up Funding Source: Visa Card XXXX-XXXX-XXXX-9256

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues directly with the seller whenever possible.

Description: nanette shrader

[ Return to Log ]

About Us | Contact Us | Legal Agreements | Privacy | Fees | Site Feedback

Information about FDIC pass through insurance

EXHIBIT 54

**PayPal**

Log Out | Help | Security and Protection

Search

My Account | Send Money | Request Money | Merchant Services | Products & Services | Community

Overview   Add Funds   Withdraw   History   Resolution Center   Profile

## Transaction Details

eBay Payment Sent (Unique Transaction ID #0VT39721W5508613A)

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Nov 16, 2010 | Payment To gabriel uribe | Completed | | -$46.74 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Nov 16, 2010 | Add Funds from a Bank Account | Completed | Details | $46.74 USD |

Total Amount: -$46.74 USD
Fee amount: $0.00 USD
Net amount: -$46.74 USD
Date: Nov 16, 2010
Time: 06:37:14 PST
Status: Completed

| Item # | Item Title | Qty | Price | Subtotal |
|--------|-----------|-----|-------|----------|
| 220597460711 | Resident Evil DVD COMPLETE Vincent Ben NEW | 1 | $43.97 USD | $43.97 USD |

Shipping & Handling via USPS Media Mail    $2.77 USD
(includes any seller handling fees)

Shipping Insurance:  ---

Total:  $46.74 USD

Shipping Address: Annie Garib
23676 Calabasas Rd
Apt 750
Calabasas, CA 91302-1502
United States

Payment To: gabriel uribe   (The recipient of this payment is Verified)
Seller's ID: floppyfaceshour
Seller's Email: trozejeduro@gmail.com

Funding Type: Instant Transfer
Funding Source: $46.74 USD - Chase Checking (Confirmed) x-3786
Back Up Funding Source: Visa Card XXXX-XXXX-XXXX-6088

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller,
go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues
directly with the seller whenever possible.

Description: gabriel uribe

[ Return to My Account ]

EXHIBIT 55



**PayPal**

My Account | Help | Security and Protection

Search

My Account | Send Money | Request Money | Merchant Services | Products & Services | Community

Overview  Add Funds  Withdraw  History  Resolution Center  Profile

## Transaction Details

**eBay Payment Sent (Unique Transaction ID #1NC983265Y0494527)**

### Original Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Nov 17, 2010 | Payment To National Marketing | Completed | | $99.99 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Nov 17, 2010 | Add Funds from a Bank Account | Completed | Details | $99.99 USD |

**Business Contact Information**

Customer Service Email: national.marketing01@yahoo.com

Total Amount: -$99.99 USD
Fee Amount: $0.00 USD
Net amount: -$99.99 USD
Date: Nov 17, 2010
Time: 21:46:16 PST
Status: Completed

| Item # | Item Title | Qty | Price | Subtotal |
|---|---|---|---|---|
| 280590751454 | NEW INSANITY With full COMPLETE SET | 1 | $91.00 USD | $91.00 USD |

Shipping & Handling via USPS Priority Mail (includes any seller handling fees): $8.99 USD
Shipping Insurance: --
**Total:** $99.99 USD

Shipping Address: Annie Oumb
23678 Calabasas Rd
Apt 758
Calabasas, CA 91302-1502
United States

Payment To: National Marketing   (The recipient of this payment is Verified)
Seller's ID: national_marketing
Seller's Email: national.marketing01@yahoo.com

Funding Type: Instant Transfer
Funding Source: $99.99 USD - Chase Checking (Confirmed) x-7705
Back Up Funding Source: Visa Card XXXXXXXXXXXX9988

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues directly with the seller whenever possible.

Description: National Marketing

Return to My Account

Information about FDIC pass through insurance

EXHIBIT 56



PayPal

Log Out | Help | Security and Protection          Search

My Account | Send Money | Request Money | Merchant Services | Products & Services | Community

Overview   Add Funds   Withdraw   History   Resolution Center   Profile

## Transaction Details

eBay Payment Sent (Unique Transaction ID #1N571108DJ1803595)

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Nov 18, 2010 | Payment To brandon brown | Completed | | -$70.00 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Nov 18, 2010 | Add Funds from a Bank Account | Completed | Details | 500.00 USD |

Total Amount: -$68.99 USD
Fee amount: $0.00 USD
Net amount: -$68.99 USD
Date: Nov 18, 2010
Time: 17:44:45 PST
Status: Completed

| Item # | Item Title | Qty | Price | Subtotal |
|--------|-----------|-----|-------|----------|
| 120649325173 | INFINITY IWB5 OUT 10 DVD, GET IT RIGHT KEEP IT TIGHT! | 1 | $63.00 USD | $63.00 USD |

Shipping & Handling via USPS Priority Mail - Large Flat Rate    $5.99 USD
(includes any seller handling fees)

Shipping Insurance :    --

Total:    $68.99 USD

Shipping Address: Annie Gabb
22079 Calabasas Rd
Apt 758
Calabasas, CA 91302-1502
United States

Payment To: brandon brown   (The recipient of this payment is Verified)
Seller's ID: 2iagd2hipp
Seller's Email: brown_28b@yahoo.com

Funding Type: Instant Transfer
Funding Source: $68.99 USD - Chase Checking (Confirmed) x-2785
Back Up Funding Source: Visa Card XXXX XXXX XXXX 9066

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller,
go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues
directly with the seller whenever possible.

Description: brandon brown

Return to My Account

About Us   Contact Us   Legal Agreements   Privacy   Fees   Site Feedback   +

Information about FDIC pass through insurance

EXHIBIT 57



**PayPal**

Log Out | Help | Security and Protection                    Search

My Account | Send Money | Request Money | Merchant Services | Products & Services | Community

Overview   Add Funds   Withdraw   History   Resolution Center   Profile

## Transaction Details

⚠ Confirm receipt: Within the expected arrival date, please confirm if you have received the purchased merchandise. We are here to help if you have any problems with your purchase.

eBay Payment Sent (Unique Transaction ID #08H400779313486017)

**Original Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Nov 29, 2010 | Payment To Jesie Lamberts | Completed | | -$117.50 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Nov 29, 2010 | Add Funds from a Bank Account | Completed | Details | $117.50 USD |

Total Amount: -$117.50 USD
Fee amount: $0.00 USD
Net amount: -$117.50 USD
Date: Nov 29, 2010
Time: 19:56:04 PST
Status: Completed

| Item # | Item Title | Qty | Price | Subtotal |
|--------|-----------|-----|-------|----------|
| 230555766507 | P90X with Tony Horton Fast Free Shipping + Tracking | 1 | $117.50 USD | $117.50 USD |

| | | |
|---|---|---|
| Shipping & Handling via USPS Priority Mail (includes any seller handling fees) | | -- |
| Shipping Insurance | | -- |
| Total: | | $117.50 USD |

Shipping Address: Annie Ganb
23679 Calabasas Rd
Apt 759
Calabasas, CA 91302-1502
United States

Payment To: Jesie Lamberts   (The recipient of this payment is Verified)
Seller's ID: jesland
Seller's Email: lanjestand@gmail.com

Funding Type: Instant Transfer
Funding Source: $117.50 USD – Chase Checking (Confirmed) x 2765
Back Up Funding Source: Visa Card XXXX-XXXX-XXXX-0986

### Shipment Information

Shipping Status: Shipped
Reference Number: U.S. Postal Service 9101128862300437505925 Learn More

Service Type: Priority Mail® (2-3 days)
Package Size: Medium Flat Rate Box
Mailing Date: Nov 29, 2010
Signature Confirmation: No
Display Postage Value on Label: No
Shipping Insurance: No

Ship From: Jesie Lamberts
1760 E Thompson
suite F #951
Ventura, CA 93001
United States

Ship To: Annie Ganb
23679 Calabasas Rd
Apt 759
Calabasas, CA 91302-1502
United States
Confirmed Residential address

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues directly with the seller whenever possible.

Description: Jesie Lamberts

[ Return to Log ]

# EXHIBIT 58

*PayPal*

Log Out | Help | Security and Protection          Search

My Account | Send Money | Request Money | Merchant Services | Products & Services | Community

Overview   Add Funds   Withdraw   History   Resolution Center   Profile

## Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #EEU04379W61079724I)

### Original Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Apr 4, 2011 | Payment To barrera andre | Completed | | -$114.99 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Apr 4, 2011 | Add Funds from a Bank Account | Completed | Details | $114.99 USD |

### Shopping Cart Contents

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | P90X EXTREME HOME FITNESS WORKOUT 13 DVD SET GUIDES NEW Item # 160568442322 | | $114.99 USD |
| | | Amount | $114.99 USD |

Item Total: $114.99 USD
Sales Tax:
Shipping: $0.00 USD

Total amount: -$114.99 USD
Fee amount: $0.00 USD
Net amount: -$114.99 USD
Date: Apr 4, 2011
Time: 16:19:02 PDT
Status: Completed

Insurance: $0.00 USD
Date: Apr 4, 2011
Time: 16:19:02 PDT
Status: Completed

Shipping Address: Annie Ganb
22876 Calabasas Rd
Apt 758
Calabasas, CA 91302-1502
United States
Confirmed

Payment To: barrera andre   (The recipient of this payment is Verified)
Seller's ID: teletract
Seller's Email: bandreina15@yahoo.com

Funding Type: Instant Transfer
Funding Source: $114.99 USD - Chase Checking (Confirmed) x-2785
Back Up Funding Source: Visa Card XXXX-XXXX-XXXX-9066

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues directly with the seller whenever possible.

Description: Shopping Cart

[ Return to My Account ]

About Us   Contact Us   Legal Agreements   Privacy   Fees   Site Feedback

Information about FDIC pass-through insurance

EXHIBIT 59



**PayPal**

Log Out | Help | Security and Protection          Search

My Account | Send Money | Request Money | Merchant Services | Products & Services | Community
Overview   Add Funds   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #4UW7245BX3325211S)

### Original Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| May 3, 2011 | Payment To Bryan Quan | Completed | ... | -$98.00 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| May 3, 2011 | Add Funds from a Bank Account | Completed | Details | $98.00 USD |

Shopping Cart Contents

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | INSANITY 60 Day Workout - FREE SHIPPING!<br>Item # 100501950218 | | $98.00 USD |
| | | Amount | $98.00 USD |

Item Total: $98.00 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$98.00 USD
Fee amount: $0.00 USD
Net amount: -$98.00 USD
Date: May 3, 2011
Time: 15:48:03 PDT
Status: Completed

Insurance: $0.00 USD
Date: May 3, 2011
Time: 15:48:03 PDT
Status: Completed

Shipping Address: Annie Garib
23879 Calabasas Rd
Apt 758
Calabasas, CA 91302-1502
United States
Confirmed

Payment To: Bryan Quan   (The recipient of this payment is Verified)
Seller's ID: Biddwaltsforyou
Seller's Email: bwquan@yahoo.com

Funding Type: Instant Transfer
Funding Source: $98.00 USD - Chase Checking (Confirmed) x-2785
Back Up Funding Source: Visa Card XXXX-XXXX-XXXX-9086

Shipment Information

Shipping Status: Shipped
Reference Number: U.S. Postal Service 9101501347117209622671 Learn More

Service Type: Media Mail® (2-9 days)
Package Size: Package/Thick Envelope
Mailing Date: May 3, 2011
Signature Confirmation: No
Display Postage Value on Label: No
Shipping Insurance: No

Ship From: Bryan Quan
34677 Miller Place
Beaumont, CA 92222
United States

Ship To: Annie Garib
23879 Calabasas Rd
Apt 758
Calabasas, CA 91302-1502
United States
Confirmed Residential address

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller,
go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues
directly with the seller whenever possible.

Description: Shopping Cart

[ Return to My Account ]

About Us | Contact Us | Legal Agreements | Privacy | Fees | Site Feedback | +

Information about FDIC pass-through insurance

EXHIBIT 60

*PayPal*

My Account | Send Money | Request Money | Merchant Services | Products & Services | Community

Overview   Add Funds   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

Confirm receipt: Within the expected arrival date, please confirm if you have received the purchased merchandise. We are here to help if you have any problems with your purchase.

Express Checkout Payment Sent (Unique Transaction ID #3DE2005ZD86675545)

Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| May 10, 2011 | Payment To Slava Korchinsky | Completed | | -$92.98 USD |

Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| May 10, 2011 | Add Funds from a Bank Account | Completed | Details | $33.45 USD |

Shopping Cart Contents

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | NID Insanity DVD Collection Item # 120732662901 | | $89.99 USD |
| | | Amount | $89.99 USD |

Item Total: $89.99 USD
Sales Tax:
Shipping: $2.99 USD
Seller discount or charges: $0.00 USD

Total amount: -$92.98 USD
Fee amount: $0.00 USD
Net amount: -$92.98 USD
Date: May 10, 2011
Time: 22:25:59 PDT
Status: Completed

Insurance: $0.00 USD
Date: May 10, 2011
Time: 22:25:59 PDT
Status: Completed

Shipping Address: Annie Garib
23679 Calabasas Rd
Apt 759
Calabasas, CA 91302-1502
United States
Confirmed

Payment To: Slava Korchinsky   (The recipient of this payment is Verified)
Seller's ID: slava_323
Seller's Email: Slavak12345@gmail.com

Funding Type: PayPal Funds and Instant Transfer
Funding Source: $59.53 USD - PayPal Account
$33.45 USD - Chase Checking (Confirmed) x-2705
Back Up Funding Source: Visa Card X0000-X00XX-X000X-9066

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues directly with the seller whenever possible.

Description: Shopping Cart

Return to My Account

EXHIBIT 61

7:17:13 PM 7/03/2011

Image Captured by B. Ralston

Log Out | Help | Security and Protection                    Search

PayPal

My Account | Send Money | Request Money | Merchant Services | Products & Services

Overview   Add Funds   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #0H17671 4YG200325B)

### Original Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Jul 27, 2011 | Payment To careys kodituwaku | Completed | -- | -$115.00 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Jul 27, 2011 | Add Funds from a Bank Account | Completed | Details | $115.00 USD |

Shopping Cart Contents

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | P90X Extreme Home Fitness 13 DVD Set & Dukes Brand New Item # 110729074145 | | $116.00 USD |
| | | Amount | $115.00 USD |

Item Total: $115.00 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$115.00 USD
Fee amount: $0.00 USD
Net amount: -$115.00 USD
Date: Jul 27, 2011
Time: 16:33:21 PDT
Status: Completed

Insurance: $0.00 USD

Shipping Address: Annie Oarb
22679 Calabasas Rd
Apt 759
Calabasas, CA 91302-1502
United States
Confirmed

Payment To: sanjaya kodituwakku   (The recipient of this payment is Verified)
Seller's ID: sanjoyokedi
Seller's Email: sanjayokedi@yahoo.com

Funding Type: Instant Transfer
Funding Source: $115.00 USD - Chase Checking (Confirmed) x-2705
Back Up Funding Source: Visa Card XXXX-XXXX-XXXX-0866

### Shipment Information

Shipping Status: Shipped
Tracking Number: UPS 1Z802F2100320615393

Service Type: UPS Ground
Package Size: Your Packaging
Dimensions: 15 X 11 X 3 in
Planned Ship Date: Jul 27, 2011
Signature Confirmation: No
Saturday Delivery: No
Shipping Insurance: No

Ship From: sanjaya kodituwakku
807 w. 155th st
gardens, CA 90247
United States

Ship To: Annie Oarb
22679 Calabasas Rd
Apt 759
Calabasas, CA 91302-1502
United States
Confirmed Residential address

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller,
go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues
directly with the seller whenever possible.

Description: Shopping Cart

[ Return to My Account ]

About Us   Contact Us   Legal Agreements   Privacy   Fees   Site Feedback  [+]

Information about FDIC pass-through insurance

# EXHIBIT 62

PayPal

My Account | Send Money | Request Money | Merchant Services | Products & Services

Overview | Add Funds | Withdraw | History | Statements | Resolution Center | Profile

TRANSACTION DETAILS

Express Checkout Payment Sent (Unique Transaction ID #07116595148137445473)

Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Sep 20, 2011 | Payment To Gold Medal Enterprise | Completed | | -$74.98 USD |

Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Sep 20, 2011 | Add Funds from a Bank Account | Completed | Details | $74.98 USD |

Shopping Cart Contents

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | P90x Home Fitness (DVD's & all Guides - New in Box Item # 200102764270 | | $74.98 USD |
| | | Amount | $74.98 USD |

Business Contact Information

Customer Service Email: goldmedalservice4@gmail.com
Customer Service Phone: 626-875-9686

Item Total: $74.98 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: $74.98 USD
Fee amount: $0.00 USD
Net amount: $74.98 USD
Date: Sep 20, 2011
Time: 11:30:33 PDT
Status: Completed

Insurance: $0.00 USD

Shipping Address: Anne Gamb
23679 Calabasas Rd
Apt 768
Calabasas, CA 91302-1592
United States
Confirmed

Payment To: Gold Medal Enterprise (The recipient of this payment is Verified)
Seller's ID: whoppermedeal
Seller's Email: goldmedalservice@gmail.com

Funding Type: Instant Transfer
Funding Source: $74.98 USD - Chase Checking (Confirmed) x-2785
Back Up Funding Source: Visa Card XXXX-XXXX-XXXX-8046

Shipment Information

Shipping Status: Shipped
Reference Number: U.S. Postal Service 9101736734013248816875 Learn More

Service Type: Priority Mail (2-3 days)
Package Size: Medium Flat Rate Box
Mailing Date: Sep 20, 2011
Signature Confirmation: No
Display Postage Value on Label: No
Shipping Insurance: No

Ship From: Gold Medal Enterprise
PO Box 4233
El Monte, CA 91734
United States

Ship To: Anne Gamb
23679 Calabasas Rd
Apt 768
Calabasas, CA 91302-1592
United States
Confirmed (Residential address)

Need help? If you have problems with an eBay transaction or want settling a dispute with an eBay seller go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues directly with the seller whenever possible.

Description: Shopping Cart

[ Return to My Account ]

About Us  |  Contact Us  |  Legal Agreements  |  Privacy  |  Fees  |  Site Feedback

EXHIBIT 63

**PayPal**

Log Out | Help | Security and Protection          Search

**My Account** | Send Money | Request Money | Merchant Services | Products & Services

Overview   Add Funds   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

**Express Checkout Payment Sent (Unique Transaction ID #7ACB1492100570 84Y)**

**Original Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Oct 28, 2011 | Payment To Kenjerquin Huntsman | Completed | | -$45.96 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Oct 28, 2011 | Add Funds from a Bank Account | Completed | Details | $45.96 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | NEW The Asylum Volume 1 Sports Performance Exercise Muscle Workout DVD set DVDs<br>Item # 300015559340 | | $41.97 USD |
| | | Amount | $41.97 USD |

Item Total: $41.97 USD
Sales Tax:
Shipping: $3.99 USD
Seller discount or charges: $0.00 USD

Total amount: -$45.96 USD
Fee amount: $0.00 USD
Net amount: -$45.96 USD
Date: Oct 28, 2011
Time: 16:54:22 PDT
Status: Completed

Insurance: $0.00 USD

Shipping Address: Annie Garb
20679 Calabasas Rd
Apt 750
Calabasas, CA 91302-1502
United States
Confirmed

Payment To: Kenjerquin Huntsman   (The recipient of this payment is Verified)
Seller's ID: video_gamz
Seller's Email: Kenjerquin04@aol.com

Funding Type: Instant Transfer
Funding Source: $45.96 USD - Chase Checking (Confirmed) x 3785
Back Up Funding Source: Visa Card XXXXXXXXXXXX9866

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller,
go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues
directly with the seller whenever possible.

Description: Shopping Cart

Return to Log

About Us   Contact Us   Legal Agreements   Privacy   Fees   Site Feedback

Information about FDIC pass-through insurance

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge R. Gary Klausner and the assigned discovery Magistrate Judge is Michael Wilner.

The case number on all documents filed with the Court should read as follows:

## CV11- 10232 RGK (MRWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

COPY

JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
Christopher Q. Pham, SBN: 206697
6355 Topanga Canyon Blvd., Suite 326
Woodland Hills, California 91367
Tel: (818) 888-7540 Fax: (818) 888-7544

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEACHBODY, LLC, a California Limited Liability Company, successor in interest to PRODUCT PARTNERS, LLC,<br><br>PLAINTIFF(S) | **CASE NUMBER**<br><br>CV 11 10232 RGK (MRWx) |
| v.<br><br>BARRERA ANDRE, an individual; (Additional Parties attached to this Summons),<br><br>DEFENDANT(S). | **SUMMONS** |

TO:   DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Christopher Q. Pham, Esq._____, whose address is 6355 Topanga Canyon Blvd., Suite 326, Woodland Hills , California 91367_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____DEC 1 3 2011_____

By: _____ANDRES PEDN_____
        Deputy Clerk

(Seal of the Court) 1202

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
 E-mail: cjohnson@johnsonpham.com
Christopher Q. Pham, SBN: 206697
 E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
 E-mail: mchaney@johnsonpham.com
Jason R. Vener, SBN: 267941
 E-mail: jvener@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone: (818) 888-7540
Facsimile: (818) 888-7544

Attorneys for Plaintiff
BEACHBODY, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEACHBODY, LLC, a California Limited Liability Company, successor in interest to PRODUCT PARTNERS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> BARRERA ANDRE, an individual; RICHARD BAO, an individual; BRANDON BROWN, an individual; SAM CHOI, an individual a/k/a SAMUEL LEE;  ALVARD CARIBIAN, an individual; COMMERCIAL LABRAT, LLC, a California Limited Liability Company; COOLDEALS 365, INC., a California Corporation; DRAICA | Case No. <br><br> **COMPLAINT FOR DAMAGES:** <br><br> **(1) FEDERAL TRADEMARK INFRINGEMENT [15 U.S.C. § 1114/Lanham Act §32(a)]** <br> **(2) FEDERAL COPYRIGHT INFRINGEMENT [17 U.S.C. §501(a)];** <br> **(3) FALSE DESIGNATION OF ORIGIN/UNFAIR COMPETITION [15 U.S.C. §1125(a)/Lanham Act §43(a)];** <br> **(4) TRADEMARK DILUTION [15 U.S.C. §1125(c)];** <br> **(5) UNFAIR BUSINESS PRACTICES [*CALIFORNIA*** |

| | |
|---|---|
| 1 | PARTNERS, LLC, a business entity of |
| 2 | unknown character; TERRY FAN, an |
| 3 | individual; HOVIK GARIBYAN, an |
| 4 | individual; KENJERQUIN |
| 5 | HUNTSMAN, an individual; WILLIAM |

PARTNERS, LLC, a business entity of
unknown character; TERRY FAN, an
individual; HOVIK GARIBYAN, an
individual; KENJERQUIN
HUNTSMAN, an individual; WILLIAM
JOINER, JR., an individual d/b/a WM
JOINER ENTERPRISES; SANJAYA
KODITUWAKKU, an individual;
SLAVA KORCHINSKY, an individual;
JESIE LAMBERTS, an individual;
NICK LIN, an individual;  GEORGE
LUCA, an individual; THOMAS
MANIAC, an individual d/b/a TOYS
STREET ON-LINE; RICARDO
MARTIN, an individual; JESSICA
MOELLER, an individual; ORLANDO
MORALES, an individual; DOUGLAS
MUNENO, an individual; NATIONAL
MARKETING, a business entity of
unknown character; JON DEAN PISTO,
an individual d/b/a K&J IMPORT;
BRYAN QUAN, an individual; GARY
RUDOLPH, an individual; SAM
SANDERS, an individual d/b/a NEW
EXTREME PC; OFER SECHARIA, an
individual; NANETTE SHRADER, an
individual; DAVID SONG, an
individual; SUPERIOR
INTERNATIONAL TRADING CORP.,
a California Corporation; GARO
TCHAKMAKIAN, an individual;
YEGHIA TCHAKMAKIAN, an
individual; BRANDYN THOMPSON,
an individual; HONG TRAN, an
individual; EGOR ULIANOE, an
individual; GABRIEL URIBE, an
individual; THACH VU, an individual;
SOVANN VUN, an individual;
CHRISTOPHER WAKE, an individual
d/b/a MOTO-GRIP; WD, INC., a
business entity of unknown character;
MIKE WELLS, an individual; SHARON

*BUSINESS & PROFESSIONS
CODE* §17200];
(6) **UNFAIR COMPETITION
(California Common Law); and**
(7) **UNJUST ENRICHMENT**

**DEMAND FOR JURY TRIAL**

- 2 -
**COMPLAINT FOR DAMAGES**

1  YU, an individual d/b/a GOLD MEDAL
   ENTERPRISE; and Does 1-20,
2  Inclusive,

3          Defendants.

4

5

6          COMES NOW, Plaintiff BEACHBODY, LLC, successor in interest in all

7  capacities to PRODUCT PARTNERS, LLC, (hereinafter "Plaintiff"), to hereby file

8  its Complaint against BARRERA ANDRE, an individual; RICHARD BAO, an

9  individual; BRANDON BROWN, an individual; SAM CHOI, an individual a/k/a

10 SAMUEL LEE;   ALVARD CARIBIAN, an individual; COMMERCIAL

11 LABRAT, LLC, a California Limited Liability Company; COOLDEALS 365,

12 INC., a California Corporation; DRAICA PARTNERS, LLC, a business entity of

13 unknown character; TERRY FAN, an individual; HOVIK GARIBYAN, an

14 individual; KENJERQUIN HUNTSMAN, an individual; WILLIAM JOINER, JR.,

15 an individual d/b/a WM JOINER ENTERPRISES; SANJAYA KODITUWAKKU,

16 an individual;  SLAVA KORCHINSKY, an individual; JESIE LAMBERTS, an

17 individual; NICK LIN, an individual;  GEORGE LUCA, an individual; THOMAS

18 MANIAC, an individual d/b/a TOYS STREET ON-LINE; RICARDO MARTIN,

19 an individual; JESSICA MOELLER, an individual; ORLANDO MORALES, an

20 individual; DOUGLAS MUNENO, an individual; NATIONAL MARKETING, a

21 business entity of unknown character; JON DEAN PISTO, an individual d/b/a

22 K&J IMPORT; BRYAN QUAN, an individual; GARY RUDOLPH, an individual;

23 SAM SANDERS, an individual d/b/a NEW EXTREME PC; OFER SECHARIA,

24 an individual; NANETTE SHRADER, an individual; DAVID SONG, an

25 individual; SUPERIOR INTERNATIONAL TRADING CORP., a California

26 Corporation;   GARO   TCHAKMAKIAN,   an   individual;   YEGHIA

27 TCHAKMAKIAN, an individual; BRANDYN THOMPSON, an individual;

28 HONG TRAN, an individual; EGOR ULIANOE, an individual; GABRIEL URIBE,

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) BEACHBODY, LLC, a California Limited Liability Company, et al., | DEFENDANTS BARRERA ANDRE, an individual, et al., |
|---|---|

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) JOHNSON & PHAM, LLP 6355 Topanga Canyon Blvd., Suite 326, Woodland Hills, CA 91367 Tel.: (818) 888-7540 Fax: (818) 888-7544 | Attorneys (If Known) |
|---|---|

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No  ☐ MONEY DEMANDED IN COMPLAINT: $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Federal Trademark Infringement (15 U.S.C. § 1114 / Lanham Act §32(a))

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV11  10232

**FOR OFFICE USE ONLY:** Case Number:

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A.  Arise from the same or closely related transactions, happenings, or events; or

☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles, CA | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles, CA; Orange, CA; Riverside, CA; San Bernardino, CA; Ventura, CA | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles, CA | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date December 9, 2011

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program.  (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |