# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEACHBODY, LLC, a California Limited Liability Company, et al., <br><br> Plaintiff, <br><br> v. <br><br> BARRERA ANDRE, an Individual, et al., <br><br> Defendants. | Case No.: CV11-10232 RGK (MRWx) <br><br> [~~PROPOSED~~] JUDGMENT AS TO DEFENDANT HONG TRAN |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Pursuant to 15 *U.S.C.* § 1117(c)(1) and 17 *U.S.C.* § 504(c)(1), Plaintiff is hereby awarded final judgment on its claims for relief against Defendant HONG TRAN in the sum of $~~115,000.00~~ $60,000 as the prevailing party in this action under Rule

1  55(b) of the *Fed.R.Civ.P.* and *L.R.* 55-1. Under *L.R.* 55-3, Plaintiff is awarded
2  attorneys' fees of $~~5,600.00~~ $4,000.

3      Plaintiff is further awarded costs against Defendant HONG TRAN
4  (hereinafter "Defendant"), pursuant to the *Trademark Act* and *Copyright Act*, 17
5  U.S.C. §504(c), to be determined by the Notice of Application to the Clerk to Tax
6  Costs within fifteen (15) days after the entry of judgment. Furthermore, Defendant
7  is permanently enjoined and restrained from the following activities and conduct
8  and ordered as follows:

9      a)    Defendant and any person or entity acting in concert with, or at the
10 direction of him, including any and all agents, servants, employees, partners,
11 assignees, distributors, suppliers, resellers and any others over which he may
12 exercise control, are hereby restrained and enjoined, pursuant to 15 *U.S.C.* § 1116,
13 from engaging in, directly or indirectly, or authorizing or assisting any third party
14 to engage in, any of the following activities in the United States and throughout the
15 world:

16     i)    copying, manufacturing, importing, exporting, marketing, sale,
17 offering for sale, distributing or dealing in any product or service that uses, or
18 otherwise making any use of, any of Plaintiff's BEACHBODY®, P90X®,
19 INSANITY®, CHALEAN EXTREME® trademarks and copyrights, and/or any
20 intellectual property that is confusingly or substantially similar to, or that
21 constitutes a colorable imitation of, any of Plaintiff's BEACHBODY®, P90X®,
22 INSANITY®, CHALEAN EXTREME® trademarks and copyrights, whether such
23 use is as, on, in or in connection with any trademark, service mark, trade name,
24 logo, design, Internet use, website, domain name, metatags, advertising,
25 promotions, solicitations, commercial exploitation, television, web-based or any
26 other program, or any product or service, or otherwise;

27     ii)    performing or allowing others employed by or representing him,
28 or under his control, to perform any act or thing which is likely to injure Plaintiff,

any Plaintiff's BEACHBODY®, P90X®, INSANITY®, CHALEAN EXTREME® trademarks and copyrights, and/or Plaintiff's business reputation or goodwill;

    iii) engaging in any acts of federal and/or state trademark and/or copyright infringement, false designation of origin, unfair competition, dilution, or other act which would tend damage or injure Plaintiff; and/or

    iv) using any Internet domain name or website that includes any Plaintiff's Trademarks and Copyrights, including the BEACHBODY®, P90X®, INSANITY®, CHALEAN EXTREME® marks.

    b) Defendant is ordered to deliver immediately for destruction all unauthorized products, including counterfeit BEACHBODY®, P90X®, INSANITY®, CHALEAN EXTREME® products and related products, labels, signs, prints, packages, wrappers, receptacles and advertisements relating thereto in his possession or under his control bearing any of Plaintiff's intellectual property or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, and all plates, molds, heat transfers, screens, matrices and other means of making the same, to the extent that any of these items are in Defendant's possession.

IT IS SO ORDERED, ADJUDICATED and DECREED this 20TH day of March, 2013.

_____
HON. R. GARY KLAUSNER
United States District Judge