UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEACHBODY, LLC, a California Limited Liability Company, et al., <br><br> Plaintiff, <br><br> v. <br><br> BARRERA ANDRE, an Individual, et al., <br><br> Defendants. | Case No.: CV11-10232 RGK (MRWx) <br><br> [PROPOSED] JUDGMENT AS TO DEFENDANTS ALVARD CARIBIAN AND HOVIK GARIBYAN |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Pursuant to 15 *United States Code* ("*U.S.C.*") § 1117(c)(1) and 17 *U.S.C.* § 504(c)(1), Plaintiff BEACHBODY, LLC (hereinafter "Plaintiff"), is hereby

1  awarded final judgment on its claims for relief against Defendants ALVARD
2  CARIBIAN and HOVIK GARIBYAN (collectively, hereinafter "Defendants"),
3  jointly and severally, in the sum of $2~~30,000.00~~ $60,000 as the prevailing party in this
4  action under Rule 55(b) of the *Federal Rules of Civil Procedure* ("*Fed.R.Civ.P.*")
5  and *Local Rule* ("*L.R.*") 55-1. Under *L.R.* 55-3, Plaintiff is awarded attorneys' fees
6  of $~~5,600.00~~ $4,000.

7  Plaintiff is further awarded costs against Defendants pursuant to the
8  *Trademark Act* and *Copyright Act*, 17 U.S.C. §504(c), to be determined by the
9  Notice of Application to the Clerk to Tax Costs within fifteen (15) days after the
10 entry of judgment. Furthermore, Defendants are permanently enjoined and
11 restrained from the following activities and conduct and ordered as follows:

12     a) Defendants and any person or entity acting in concert with, or at the
13 direction of them, including any and all agents, servants, employees, partners,
14 assignees, distributors, suppliers, resellers and any others over which they may
15 exercise control, are hereby restrained and enjoined, pursuant to 15 *U.S.C.* § 1116,
16 from engaging in, directly or indirectly, or authorizing or assisting any third party
17 to engage in, any of the following activities in the United States and throughout the
18 world:

19     i) copying, manufacturing, importing, exporting, marketing, sale,
20 offering for sale, distributing or dealing in any product or service that uses, or
21 otherwise making any use of, any of Plaintiff's BEACHBODY®, P90X®, P90X
22 ONE-ON-ONE®, INSANITY®, BRAZIL BUTT LIFT® and REV ABS®
23 trademarks and copyrights, and/or any intellectual property that is confusingly or
24 substantially similar to, or that constitutes a colorable imitation of, any of
25 Plaintiff's BEACHBODY®, P90X®, P90X ONE-ON-ONE®, INSANITY®,
26 BRAZIL BUTT LIFT® and REV ABS® trademarks and copyrights, whether such
27 use is as, on, in or in connection with any trademark, service mark, trade name,
28 logo, design, Internet use, website, domain name, metatags, advertising,

1 | promotions, solicitations, commercial exploitation, television, web-based or any
2 | other program, or any product or service, or otherwise;
3 |     ii)  performing or allowing others employed by or representing
4 | them, or under their control, to perform any act or thing which is likely to injure
5 | Plaintiff, any of Plaintiff's BEACHBODY®, P90X®, P90X ONE-ON-ONE®,
6 | INSANITY®, BRAZIL BUTT LIFT® and REV ABS® trademarks and copyrights,
7 | and/or Plaintiff's business reputation or goodwill;
8 |     iii)  engaging in any acts of federal and/or state trademark and/or
9 | copyright infringement, false designation of origin, unfair competition, dilution, or
10 | other act which would tend damage or injure Plaintiff; and/or
11 |     iv)  using any Internet domain name or website that includes any
12 | Plaintiff's Trademarks and Copyrights, including the BEACHBODY®, P90X®,
13 | P90X ONE-ON-ONE®, INSANITY®, BRAZIL BUTT LIFT® and REV ABS®
14 | marks.

    b)  Defendants are ordered to deliver to Plaintiff immediately for destruction all unauthorized products, including counterfeit BEACHBODY®, P90X®, P90X ONE-ON-ONE®, INSANITY®, BRAZIL BUTT LIFT® and REV ABS® products and related products, labels, signs, prints, packages, wrappers, receptacles and advertisements relating thereto in his possession or under their control bearing any of Plaintiff's intellectual property or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, and all plates, molds, heat transfers, screens, matrices and other means of making the same, to the extent that any of these items are in Defendant's possession.

IT IS SO ORDERED, ADJUDICATED and DECREED this **20TH** day of **MARCH**, 2013.

                                    HON. R. GARY KLAUSNER
                                    United States District Judge