1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEACHBODY, LLC, a California Limited Liability Company, et al., | Case No.: CV11-10232 RGK (MRWx) |
| Plaintiff, | [PROPOSED] JUDGMENT AS TO DEFENDANT WILLIAM JOINER, JR., |
| v. | |
| BARRERA ANDRE, an Individual, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Pursuant to 15 *U.S.C.* §1117(c)(1) and 17 *U.S.C.* §504(c)(1), Plaintiff BEACHBODY, LLC ("Plaintiff") is hereby awarded final judgment on its claims for relief against Defendant WILLIAM JOINER, JR. ("Defendant") in the sum of

Case 2:11-cv-10232-RGK-MRW  Document 207  Filed 03/20/13  Page 2 of 3  Page ID #:2760
Case 2:11-cv-10232-RGK-MRW  Document 174-2  Filed 01/09/13  Page 2 of 4  Page ID
#:2556

$60,000

1   ~~$230,000.00~~ as the prevailing party in this action under Rule 55(b) of the

2   *Fed.R.Civ.P.* and *L.R.* 55-1.  Under *L.R.* 55-3, Plaintiff is awarded attorneys' fees

    $4,000

3   of ~~$8,200.00~~.

4       Plaintiff is further awarded costs against Defendant pursuant to the

5   *Trademark Act* and *Copyright Act*, 17 U.S.C. §504(c), to be determined by the

6   Notice of Application to the Clerk to Tax Costs within fifteen (15) days after the

7   entry of judgment.   Furthermore, Defendant is permanently enjoined and

8   restrained from the following activities and conduct and ordered as follows:

9       a)      Defendant and any person or entity acting in concert with, or at the

10  direction of them, including any and all agents, servants, employees, partners,

11  assignees, distributors, suppliers, resellers and any others over which they may

12  exercise control, are hereby restrained and enjoined, pursuant to 15 *U.S.C.* §1116,

13  from engaging in, directly or indirectly, or authorizing or assisting any third party

14  to engage in, any of the following activities in the United States and throughout

15  the world:

16              i)      copying, manufacturing, importing, exporting, marketing, sale,

17  offering for sale, distributing or dealing in any product or service that uses, or

18  otherwise making any use of, any of Plaintiff's BEACHBODY®, P90X®, P90X

19  ONE-ON-ONE® trademarks and copyrights, and/or any intellectual property that

20  is confusingly or substantially similar to, or that constitutes a colorable imitation

21  of, any of Plaintiff's BEACHBODY®, P90X®, P90X ONE-ON-ONE®

22  trademarks and copyrights, whether such use is as, on, in or in connection with

23  any trademark, service mark, trade name, logo, design, Internet use, website,

24  domain name, metatags, advertising, promotions, solicitations, commercial

25  exploitation, television, web-based or any other program, or any product or

26  service, or otherwise;

27              ii)     performing or allowing others employed by or representing

28  him, or under his control, to perform any act or thing which is likely to injure

1   Plaintiff, any Plaintiff's BEACHBODY®, P90X®, P90X ONE-ON-ONE®

2   trademarks and copyrights, and/or Plaintiff's business reputation or goodwill;

3          iii)    engaging in any acts of federal and/or state trademark and/or

4   copyright infringement, false designation of origin, unfair competition, dilution, or

5   other act which would tend damage or injure Plaintiff; and/or

6          iv)    using any Internet domain name or website that includes any

7   Plaintiff's Trademarks and Copyrights, including the BEACHBODY®, P90X®,

8   P90X ONE-ON-ONE® marks.

9      b)    Defendant is ordered to deliver immediately for destruction all

10  unauthorized products, including counterfeit BEACHBODY®, P90X®, P90X

11  ONE-ON-ONE® products and related products, labels, signs, prints, packages,

12  wrappers, receptacles and advertisements relating thereto in his possession or

13  under his control bearing any of Plaintiff's intellectual property or any simulation,

14  reproduction, counterfeit, copy or colorable imitations thereof, and all plates,

15  molds, heat transfers, screens, matrices and other means of making the same, to

16  the extent that any of these items are in Defendant's possession.

17      IT IS SO ORDERED, ADJUDICATED and DECREED this **20TH** day of

18  **MARCH**, 2013.

19

20

21

22  HON. R. GARY KLAUSNER
    United States District Judge

23

24

25

26

27

28

- 3 -
[PROPOSED] JUDGMENT