1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEACHBODY, LLC, a California Limited Liability Company, et al.,<br><br>Plaintiff,<br><br>v.<br><br>BARRERA ANDRE, an Individual, et al.,<br><br>Defendants. | Case No.: CV11-10232 RGK (MRWx)<br><br>[PROPOSED] JUDGMENT AS TO DEFENDANT THACH VU |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Pursuant to 15 *U.S.C.* § 1117(c)(1) and 17 *U.S.C.* § 504(c)(1), Plaintiff is hereby awarded final judgment on its claims for relief against Defendant THACH

1  VU in the sum of $~~115,000.00~~ **$60,000** as the prevailing party in this action under Rule
2  55(b) of the *Fed.R.Civ.P.* and *L.R.* 55-1. Under *L.R.* 55-3, Plaintiff is awarded
3  attorneys' fees of $~~5,600.00~~ **$4,000**.

4      Plaintiff is further awarded costs against Defendant THACH VU (hereinafter
5  "Defendant"), pursuant to the *Trademark Act* and *Copyright Act*, 17 U.S.C.
6  §504(c), to be determined by the Notice of Application to the Clerk to Tax Costs
7  within fifteen (15) days after the entry of judgment. Furthermore, Defendant is
8  permanently enjoined and restrained from the following activities and conduct and
9  ordered as follows:

10      a) Defendant and any person or entity acting in concert with, or at the
11  direction of Defendant, including any and all agents, servants, employees, partners,
12  assignees, distributors, suppliers, resellers and any others over which Defendant
13  may exercise control, is hereby restrained and enjoined, pursuant to 15 *U.S.C.* §
14  1116, from engaging in, directly or indirectly, or authorizing or assisting any third
15  party to engage in, any of the following activities in the United States and
16  throughout the world:

17      i) copying, manufacturing, importing, exporting, marketing, sale,
18  offering for sale, distributing or dealing in any product or service that uses, or
19  otherwise making any use of, any of Plaintiff's BEACHBODY® and 10 MINUTE
20  TRAINER® trademarks and copyrights, and/or any intellectual property that is
21  confusingly or substantially similar to, or that constitutes a colorable imitation of,
22  any of Plaintiff's BEACHBODY® and 10 MINUTE TRAINER® trademarks and
23  copyrights, whether such use is as, on, in or in connection with any trademark,
24  service mark, trade name, logo, design, Internet use, website, domain name,
25  metatags, advertising, promotions, solicitations, commercial exploitation,
26  television, web-based or any other program, or any product or service, or
27  otherwise;

28      ii) performing or allowing others employed by or representing

1. Defendant, or under Defendant's control, to perform any act or thing which is likely to injure Plaintiff, any of Plaintiff's BEACHBODY® and 10 MINUTE TRAINER® trademarks and copyrights, and/or Plaintiff's business reputation or goodwill;

    iii) engaging in any acts of federal and/or state trademark and/or copyright infringement, false designation of origin, unfair competition, dilution, or other act which would tend damage or injure Plaintiff; and/or

    iv) using any Internet domain name or website that includes any Plaintiff's Trademarks and Copyrights, including the BEACHBODY® and 10 MINUTE TRAINER® marks.

    b) Defendant is ordered to deliver immediately for destruction all unauthorized products, including counterfeit BEACHBODY® and 10 MINUTE TRAINER® products and related products, labels, signs, prints, packages, wrappers, receptacles and advertisements relating thereto in Defendant's possession or under Defendant's control bearing any of Plaintiff's intellectual property or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, and all plates, molds, heat transfers, screens, matrices and other means of making the same, to the extent that any of these items are in Defendant's possession.

IT IS SO ORDERED, ADJUDICATED and DECREED this **20TH** day of **March**, 2013.

_____
HON. R. GARY KLAUSNER
United States District Judge